Debtor name **LODGE PARTNERS, L.L.C**

United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**

Case number (if known) **4:16-bk-13418-BMW**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 28, 2016**   X **/s/ John E. Rutherford, II**
Signature of individual signing on behalf of debtor

**John E. Rutherford, II**
Printed name

**Manager**
Position or relationship to debtor

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AMERIPRIDE SERVICES, INC. PO BOX 3010 BEMIDJI, MN 56619-3010 | | | | | | $3,864.49 |
| ARIZONA ATTORNEY GENERAL'S OFFICE BANKRUPTCY & COLLECTION ENFORCEMENT 1275 W. WASHINGTON ST PHOENIX, AZ 85007 | | Transaction Privilege Tax for Sept 2015, Nov 2015, and July 2016 | | | | $13,485.93 |
| ARIZONA DEPARTMENT OF REVENUE BANKRUPTCY UNIT PO BOX 29070 PHOENIX, AZ 85038-9070 | | Employee Withholding, SUI | | | | $25,159.89 |
| Arizona Department of Revenue Bankruptcy Unit PO Box 29070 Phoenix, AZ 85038-9070 | | Transaction Privilege Tax re October 2016 sales tax | | | | $17,542.64 |
| CITY OF TUCSON REV INV - PAULA WOJTSECK 255 W. ALAMEDA TUCSON, AZ 85701 | | Sales Tax | | | | $110,397.10 |
| ECOLAB INC. PO BOX 100512 PASADENA 91189-0512 | | | | | | $2,910.05 |

| Debtor | LODGE PARTNERS, L.L.C | Case number *(if known)* | 4:16-bk-13418-BMW |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ENTERPRISE RENT-A-CAR ENTERPRISE LEASING COMPANY OF PHX<br>144 W AUTO DRIVE<br>TEMPE, AZ 85284-1015 | | | | | | $5,944.93 |
| ENVIRONMENTAL EARTHSCAPES, INC.<br>PO BOX 43820<br>TUCSON, AZ 85733-3820 | | | | | | $5,914.30 |
| GE CAPITAL C/O RICOH USA PROGRAM<br>PO BOX 650073<br>DALLAS, TX 75265-0073 | | | | | | $4,806.08 |
| LAUNDRY & CLEANERS EQUIPMENT CO<br>402 S 50TH ST.<br>PHOENIX, AZ 85034 | | | | | | $3,236.58 |
| NAVIS<br>389 SW SCALEHOUSE CT., STE 100<br>BEND, OR 97702 | | | | | | $3,302.54 |
| PARADIGM TAX GROUP<br>3200 N. CENTRAL AVE. STE 300<br>PHOENIX, AZ 85012 | | | | | | $5,604.62 |
| PLAZA-DIGITAL CRAIG PADDOCK<br>10925 116TH TERR<br>OVERLAND PARK, KS 66210 | | | | | | $8,884.68 |
| REVPAR COLLECTIVE INC DBA STASH HOTEL REWARDS<br>PO BOX 101570<br>PASEDENA, CA 91189-1570 | | | | | | $5,890.84 |
| SABRE HOSPITALITY SOLUTIONS<br>7285 COLLECTION CENTER DR<br>CHICAGO, IL 60693 | | | | | | $12,167.66 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SERVICE SOLUTIONS GROUP LLC** 6000 PAYSPHERE CIRCLE CHICAGO, IL 60674 | | | | | | $3,197.66 |
| **SHAMROCK FOOD COMPANY INC** PO BOX 52438 Phoenix, AZ 85072-2438 | | | | | | $5,017.57 |
| **SOJERN, INC.** DEPT CH 16895 PALATINE, IL 60055-6895 | | | | | | $2,888.25 |
| **TRAVEL OUTLOOK** PO BOX 5154 SANTA FE, NM 87502 | | | | | | $9,642.26 |
| **TRAVELCLICK INC** PO BOX 71199 CHICAGO, IL 60694-1199 | | | | | | $4,624.18 |