MESCH CLARK ROTHSCHILD
259 North Meyer Avenue
Tucson, Arizona 85701
Phone: (520) 624-8886
Fax: (520) 798-1037
Email: mmcgrath@mcrazlaw.com
          irothschild@mcrazlaw.com
          ecfbk@mcrazlaw.com
By:     Michael McGrath, # 6019
          Isaac D. Rothschild, # 25726
          61078.7

Proposed Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 11 |
| LODGE PARTNERS, L.L.C., | No. 4:16-bk-13418-BMW |
| Debtor.<br>EIN: 86-0858146<br>Address: 306 N. Alvernon Way, Tucson, AZ 85711 | **OMNIBUS DECLARATION OF JOHN E. RUTHERFORD, II IN SUPPORT OF FIRST DAY MOTIONS** |

I, John E. Rutherford, II, under penalty of perjury, declare and state:

1.      I am the managing member of Lodge Partners, L.L.C. dba Lodge on the Desert.

2.      I have a long history in business administration and logistics. Attached to this Declaration is Curriculum Vitae.

3.      As managing member of the Debtor, I am familiar with the Debtor's general business affairs. The statements set forth below are true to the best of my personal knowledge, and I am competent to testify as to the validity of these statements if called to do so.

1    4.    Lodge on the Desert hotel and restaurant is a 103-room boutique and hotel

2 with related restaurant and banquet facility.

3    5.    Sitting on five acres in central Tucson, Lodge is managed under a contract

4 with Coastal Hotels — which employs 55 Tucsonans that cater to business, event, and

5 leisure travelers alike with large hacienda style accommodations including, an award

6 winning restaurant featuring new American cuisine, and 3,700 square feet of flexible

7 interior function space and nearly 7,000 square feet of premium outdoor venues to

8 accommodate events up to 175 guests.

9    6.    First built as a residence in 1931, the Lodge was converted to a seven-room

10 resort hotel in 1936. Over the years the hotel was expanded in 1952, 1956, 1968, and 1973

11 to 34 guest rooms.

12    7.    The Debtor acquired the hotel in 1997.

13    8.    Because of deferred maintenance and a general deterioration of the hotel under

14 the previous owner, the Debtor shut the hotel and invested approximately $1.7 million to

15 rebuild the kitchen/dining area and modernize all 34 original rooms.

16    9.    The Debtor reopened the hotel and restaurant in 1999.

17    10.    I am familiar with the Lodge and the need for repairs to the roof and deferred

18 maintenance including re-painting the facility and believe that $185,000 is a reasonable

19 estimate of costs.

20    11.    I am an insider of the Post-Petition Lender and am aware of the Lodge In

21 Tucson, LLC's ability to provide up to $250,000.00 in post-petition financing based on the

22 terms included in the Debtor's Motion for Post-Petition Financing and attached Term Sheet

23 upon the assets of the Debtor being returned to the Debtor from the Receiver.

24    12.    I am familiar with the Debtor's attempt to obtain financing. I am aware that

25 despite six months of extensive investigation that the only viable commitment for financing

26

1 was from Lodge In Tucson, LLC and believe that the terms of the financing agreed to with

2 Lodge In Tucson, LLC are necessary and reasonable.

3         13.    I am making this declaration in support of the following:

4              A.    Debtor's *Emergency Motion For: (1) Interim Order Authorizing Use of*

5                   *Cash Collateral; (2) Order Scheduling Final Hearing On Use of Cash*

6                   *Collateral; and (3) Final Order Authorizing Use of Cash Collateral*

7                   ("Cash Collateral Motion")*;*

8              B.    Debtor's *Emergency Motion for Wage Order* ("Wage Motion"); and

9              C.    Debtor's *Emergency Motion To Obtain Post-Petition Financing* ("DIP

10                   Motion");  and

11              D.    Debtor's *Emergency Motion to Require Turnover by the Receiver*

12                   ("Turnover Motion").

13       I declare under penalty of perjury of the laws of the United States of America that the

14 foregoing is true and correct. If called to testify my testimony would be the same as in this

15 declaration.

16       DATED: November 25, 2016.

17

18                                     /s/ John E. Rutherford, II
                              JOHN E. RUTHERFORD, II

19 COPIES served as indicated below
on November 28, 2016:

20

21 Renee Sandler Shamblin          Tamalyn E. Lewis, Damien R. Meyer, and Meaghan K. Kramer
Office of the United States Trustee    Engelman Berger, P.C.

22 230 N. First Avenue, Suite 204       3636 N. Central Ave., Suite 700
Phoenix, AZ 85003               Phoenix, AZ  85012

23 Email Renee.S.Shamblin@usdoj.gov  Email tel@eblawyers.com
                                Email drm@eblawyers.com

24                                 Email mxk@eblawyers.com
                                Attorneys for Palatine Tucson LLC

25

26 23V2032.DOCX

# JOHN RUTHERFORD

**2 Alto Court    Placitas, NM 87043    415-994-7129    johnrutherford2nd@yahoo.com**

**Vice President Global Transportation & Logistics** successful at developing and deploying logistics and supply chain model with $3 billion high-end global fashion retailer with sourcing and retail outlets in North America, Asia, Australia, New Zealand, and United Emirates.  Record of building and leading our team in support of corporate strategic growth goals.  Developed and managed supply chain optimization for major retailers and suppliers managing multi-million dollar transportation budgets.  Have reduced replenishment cycle time and transportation expenses while supporting GMROI improvement.  Developed partnerships with logistics service providers to reduce costs and optimize operations.

| | |
|---|---|
| **Doctoral** | Doctoral Studies (ABD), Management & International Business<br>Golden Gate University, San Francisco<br>Communications Studies, Wayne State University, Detroit |
| **MS** | Management, Marketing major, Walsh College, Troy, Michigan |
| **BBA** | Marketing major, Northwood University, Midland, Michigan |

---

## PROFESSIONAL EXPERIENCE

DFS GROUP LIMITED, SAN FRANCISCO, CA                                    1999 to 2010

**Vice President Global Transportation & Logistics**
Responsible for strategic planning, design, and positioning of DFS Global Supply Chain model. Specialized experience in international transportation, sourcing, customs and regulatory strategy. Responsible for corporate cash flow optimization through cycle time and merchandise-in-transit reduction.

- Have produced freight cost reductions of over 25% in the last 60 months.
- Optimized replenishment processes by internal and external partnering and training.
- Moving logistics function from fixed to variable cost structure.
- Strategically position the corporation for the agility to rapidly meet shifting market needs with scalable models able to contract or expand to meet budgets by month, by quarter, and by year.
- Co-developed our corporate strategy and became corporate Executive Sponsor of our C-TPAT application for Homeland Security.  Today our company has the top Tier Three classification from U.S. Customs.
- In 2007, produced 12% freight cost reduction over 2006 in a time of rapidly increasing oil prices.
- Freight movement delays which impacted up to 30% for all cargo from between 5 to 14 days were reduced to 24 hours or were eliminated completely.
- Increased turnover velocity in inventory reduced space requirements in our distribution centers as well as inventory holdings while improving retail assortment in our stores.
- Global freight movement and customs realignment strategy begun in 2007 continued to reduce administrative expense over 30% in 2008 and will produce 17.6% in further reductions when fully deployed in third quarter 2009.
- Virtually all of our major suppliers have asked my team for assistance with their logistics, and eight of our largest suppliers have asked me to assist in developing strategic direction for their operational programs and global logistics efforts.
- Moved company from 147 ad hoc freight carrier relationships to four strategic collaborative relationships.

- Freight claims in 2006 dropped to fewer than 100 for 120,000 freight moves.
- Developed strategic direction for carrier, broker, and freight forwarder KPI standards.
- Developed and deployed monthly, quarterly, and annual review process for all logistics service providers.

KMART CORPORATION, DETROIT, MICHIGAN                                    1967 – 1999

**Director Vendor Services** – 1996 to 1999
Developed and deployed corporate logistics program to ensure consistent adherence to agreed-upon performance expectations internally and externally.

**Manager Business and Product Development** – 1994 to 1996
Responsibilities were as 1990 to 1994 but expanded to include general corporate business, product, and logistics development.

**Manager Kmart Public Affairs** – 1990 to 1994
Developed and directed corporate small or minority vendor program (moved from $200 million to $1.4 billion in retail sales annually). Served as in-house consultant to small vendors, evaluating goods and services being offered and correcting offering to meet market need. Worked with Kmart-sponsored community and non-profit groups in areas of education, chambers of commerce, and philanthropic organizations. Led or participated in areas of special corporate need such as Total Quality Management of processes. Represented Kmart on community boards.

**Managing Director, Kmart Latin America** – 1985 to 1990
Created, taught and directed processes for: Business operations management, Logistics/Transportation, Procurement/sourcing import and export, Product and business development, Product quality development and factory process quality development. Served as marketing consultant to Cifra of Mexico, later acquired by Wal-Mart.

**Kmart Special Projects** – 1982 to 1985
Concentrated on market development in specialty retailing. Served as National Human Resource Manager, Special Projects Division.

**Managing Director, Kmart Hong Kong** – 1978 to 1982
Established, staffed and trained staff for new offices in China, Singapore and the Philippines. Served as logistics consultant to several Japanese retailers. Focused on processes for: Logistics/Transportation, Procurement/sourcing import/export, Product and business development, Product quality development and factory process quality development.

EARLY POSITONS KMART CORPORATION
**Kmart International**, 1976 to 1978, Responsible for product development, importing, logistics and customs issues.
**Kmart Store Management**, 1967 to 1976

# Publications

## Book Chapters

Rutherford, J. E. (1993). Kmart Corporation: Partners for Quality. In Jay W. Spechler (Ed.). <u>Managing Quality in America's Most Admired Companies</u> (pp. 331-334). San Francisco, CA: Berrett-Koehler Publishers.

# Lectures given and Seminars presented

"Aligning sociopolitical and socioeconomic perspectives," The United States Agency for International Development (USAID) speaking tour and series of conferences in South Africa, 1994.

"Enhanced Corporate Profitability Through Improved Communication," Five-city (Detroit, Chicago, Atlanta, Los Angeles, New York) business roundtable tour, 1995.

"Great Performance Alliances," New York, Detroit and Chicago lecture tour, 1996.

"Corporate Communication," International Mass Retail Association, New York, Detroit and Chicago lecture tour, 1996, 1997, 1998, 1999.

"Corporate Communication," National Housewares Manufacturers Association, New York, Detroit and Chicago lecture tour, 1996, 1997, 1998, 1999.

"Beyond the Millennium," Global Retail Executive Conference, Monaco, Monte Carlo, 1998.

"Focus on The Customer," 4th annual global retail symposium, Southwest Retail Center for Education and Research, The University of Arizona, 1999.

"Six Sigma Service Quality and Profitability," General Electric National Management Conference, 1999.

"Reinventing the Retail-Vendor Relationship," Global Retail Executive Conference in Boston at the Ryder Cup, 1999.

# University Courses Taught

OP 329. Global Supply Chain Management [Golden Gate University San Francisco]
This course examines the latest applications of logistics and supply chain management to global operations and covers procurement, transportation, warehousing and storage, order processing, information services, materials handling and customer service.

ECO 6420: Labor Relations Institutions and Public Policy [Wayne State University Michigan]
This required course provides an overview of labor force trends; U.S. unionism, management of labor relations, collective bargaining, procedure and substance, bargaining power in the private and public sectors, comparative trends and principles in industrial relations systems of other societies are also examined. All subject modules are explored using a combination of assigned reading and research, in-class discussion and review as well as interactive case studies.

MGT 550: Managing the Marketing Function [Walsh College]
This course studied the identification of customer needs, designing products and services accordingly and communicating with potential customers. Competition, consumer analysis, product pricing and promotion, channels of distribution, and company capabilities are addressed.

ECN 400: International Trade [Northwood University]
This course examines the basis of trading among businesses and corporations across international boundaries. Competitive advantage, currency exchange, negotiation skills, activity-based costing, and protectionism versus free trade are all issues which will be explored.

MKT 404: International Marketing [Northwood University]
This course addresses global issues that challenge today's international marketer while defining concepts relevant to all international marketers. The course explores the global business environment, export and import practices, the international legal environment, global market research and promotion, global marketing management and the financial requirements for global marketing.

MKT 423: Marketing Research [Northwood University]
This course examines the role of research in the solution of marketing problems, with emphasis on available-data analysis, non-parametric statistical procedures, sampling, variable analysis, and field research methodology.

MKT 424: Marketing Management [Northwood University]
This course examines the role of market planning, with emphasis on market analysis and the creation of market plans. This capstone course builds on previous classes in marketing principles and market research. Students will individually, or in teams, develop a complete market plan of professional quality.