☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December  7, 2016**      *X* **/s/ John E. Rutherford, II**
                                    Signature of individual signing on behalf of debtor

                                    **John E. Rutherford, II**
                                    Printed name

                                    **Manager**
                                    Position or relationship to debtor

| | |
|---|---|
| Debtor name | **LODGE PARTNERS, L.L.C** |
| United States Bankruptcy Court for the: | **DISTRICT OF ARIZONA** |
| Case number (if known): | **4:16-bk-13418-BMW** |

■ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Arizona Attorney General's Office Bankruptcy & Collection Enforcement 1275 W. Washington Street Phoenix, AZ 85007** | | **Transaction Privilege Tax for Sept. 2015, Nov. 2015, July 2016, and Sept. 2016** | | | | $25,652.20 |
| **Arizona Department of Revenue Bankruptcy Unit PO Box 29070 Phoenix, AZ 85038-9070** | | **Employee Withholding, SUI** | | | | $25,159.89 |
| **Arizona Department of Revenue Bankruptcy Unit PO Box 29070 Phoenix, AZ 85038-9070** | | **Transaction Privilege Tax re October 2016 sales tax** | | | | $17,542.64 |
| **Booking.com Box 740401 Los Angeles, CA 90074** | | | | | | $3,467.20 |
| **City of Tucson REV INV - Paula Wojtseck 255 W. Alameda Tucson, AZ 85701** | | **Sales Tax** | | | | $110,397.10 |
| **Cox Communications Box 53249 Phoenix, AZ 85072** | | | | | | $7,302.51 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 1

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Case 4:16-bk-13418-BMW  Doc 58  Filed 12/07/16  Entered 12/07/16 16:44:52  Desc
Main Document  Page 2 of 92

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Enterprise Rent-A-Car Enterprise Leasing Company of Phoenix 144 W Auto Drive Tempe, AZ 85284-1015 | | | | | | $5,944.93 |
| GE Capital c/o RICOH USA Program PO Box 650073 Dallas, TX 75265-0073 | | | | | | $5,110.03 |
| Laundry & Cleaners Equipment Co 402 S 50th St Phoenix, AZ 85034 | | | | | | $3,236.58 |
| NAVIS 389 SW Scalehouse Ct., Ste 100 Bend, OR 97702 | | | | | | $3,302.54 |
| Paradigm Tax Group 3200 N. Central Ave. Ste 300 Phoenix, AZ 85012 | | | | | | $11,014.34 |
| Plaza-Digital Craig Paddock 10925 116th Terr Overland Park, KS 66210 | | | | | | $8,884.68 |
| Revpar Collective Inc dba Stash Hotel Rewards PO Box 101570 Pasadena, CA 91189-1570 | | | | | | $6,068.16 |
| RSM US LLP 501 N. 44th St, Ste 300 Phoenix, AZ 85008 | | | | | | $13,000.00 |
| Sabre Hospitality Solutions 7285 Collection Center Drive Chicago, IL 60693 | | | | | | $14,933.66 |
| Service Solutions Group LLC 6000 Payysphere Circle Chicago, IL 60674 | | | | | | $3,197.66 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Shamrock Food Company Inc PO Box 52438 Phoenix, AZ 85072-2438** | | | | | | **$5,017.57** |
| **Sysco Food Services of Arizona PO Box 23430 Phoenix, AZ 85063** | | | | | | **$2,998.61** |
| **Travel Outlook PO Box 5154 Santa Fe, NM 87502** | | | | | | **$16,085.76** |
| **TravelClick Inc PO Box 71199 Chicago, IL 60694-1199** | | | | | | **$4,624.18** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor name   **LODGE PARTNERS, L.L.C**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known)   **4:16-bk-13418-BMW**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $     **4,120,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................................. $     **827,391.22**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................... $     **4,947,391.22**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $     **12,393,150.97**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $     **188,868.13**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$     **448,285.74**

4.   Total liabilities ....................................................................................................................
    Lines 2 + 3a + 3b      $     **13,030,304.84**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **LODGE PARTNERS, L.L.C**

United States Bankruptcy Court for the:  DISTRICT OF ARIZONA

Case number (if known)  **4:16-bk-13418-BMW**

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| **2.** | **Cash on hand** | | **$3,100.00** |

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **National Bank of Arizona, 335 N. Wilmot Rd., Tucson, AZ 85711** | **Operations** | **6547** | **$117,056.58** |
| 3.2. | **Wells Fargo (according to information from the Receiver on 12/06/16)** | **Checking** | **4314** | **$55,075.78** |
| 3.3. | **Wells Fargo (according to information from the Receiver on 12/06/16)** | **Disbursement** | **4306** | **$67,539.61** |

**4.** **Other cash equivalents** *(Identify all)*

| | | |
| --- | --- | --- |
| 4.1. | **Recovery from lawsuit held by Mesch Clark Rothschild in trust for the Debtor** | **$100,799.28** |

**5.** **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $343,571.25 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

      7.1.   **Southwest Gas Corporation security deposit**                              **$19,547.00**

      7.2.   **Tucson Electric Power Security Deposit**                                   **$31,250.00**

      7.3.   **City of Tucson Water**                                                          **$0.00**

      7.4.   **Coastal Hotel Group, LLC - health insurance deposit**                      **$9,211.08**

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                           **$60,008.08**
      Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

       11a. 90 days old or less:        **17,136.87**   -        **0.00**    = ....        **$17,136.87**
                                     face amount             doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                          **$17,136.87**
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** | | | | |
| | Food | 10/31/2016 | $16,480.77 | FIFO | $16,480.77 |
| | Alcohol Beverages | 10/31/2016 | $10,777.45 | FIFO | $10,777.45 |
| | Bar Supplies | | $0.00 | | $0.00 |
| | China | | $4,794.95 | FIFO | $4,794.95 |
| | Merchandise | 10/31/2016 | $961.39 | FIFO | $961.39 |

23. **Total of Part 5.**
Add lines 19 through 22. Copy the total to line 84.

**$33,014.56**

24. **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value _16480.77_ Valuation method **FIFO** Current Value _16480.77_

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Personal property including hotel and office equipment, furnishings, and supplies | $0.00 | N/A | $330,000.00 |

40. **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                          **$330,000.00**
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 8:     Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

       ■ No.  Go to Part 9.
       ☐ Yes Fill in the information below.

**Part 9:     Real property**

54. **Does the debtor own or lease any real property?**

       ☐ No.  Go to Part 10.
       ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    **Improved property located at 306 N. Alvernon Way, Tucson, AZ 85711 and legally described as: Lots 3, 4, 5, 6, 7, and 8 of Block 5 of Country Club Heights, recorded in Book 5 of Maps & Plats at page 1.** | Fee simple | Unknown | Assessed value | $4,120,000.00 |

56.    **Total of Part 9.**                                                                          **$4,120,000.00**
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Lodge Partners, L.L.C. v. Hickam Arnold & Associates LLC and Hiller & Sons Painting (and related third party claim). Pima County Superior Court Case No. C20144796. See Statement of Financial Affairs. Reduced to cash or receivable by settlement.** | $41,666.50 |

| Nature of claim | **Civil - Breach of Contract and Breach of Warranty** |
|---|---|
| Amount requested | **$0.00** |

| | | |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**Credit from Cox Communications, Acct #2601, PO Box 53249, Phoenix, AZ. Excluded from claim amount.** | $1,787.76 |
| | **Credit from Freshpoint & European Imports, 601 S 54th St., Ste 15, Chandler, AZ 85226. Excluded from claim amount.** | $24.95 |
| | **Credit from Stern Produce Co., Inc., 3200 S 7th St., Phoenix, AZ 85040** | $38.25 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Case 4:16-bk-13418-BMW    Doc 58    Filed 12/07/16    Entered 12/07/16 16:44:52    Desc
Main Document    Page 10 of 92

| | |
|---|---|
| **Credit from Tucson Attractions Passport, c/o So AZAttractions Alliance, PO Box 57130, Tucson, AZ 85732** | **$143.00** |

78. **Total of Part 11.**                                                        **$43,660.46**

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

Debtor    **LODGE PARTNERS, L.L.C**
Name

Case number *(If known)*  **4:16-bk-13418-BMW**

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $343,571.25 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $60,008.08 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $17,136.87 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $33,014.56 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $330,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................>* | | $4,120,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $43,660.46 | |
| 91. **Total.** Add lines 80 through 90 for each column | $827,391.22 | + 91b. $4,120,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $4,947,391.22 |

**Depreciation and Amortization Report**

Tax Year 2015
► Keep for your records

LODGE PARTNERS LLC
Sch C  - RESORT HOTEL                                                                                    86-0858146

| Asset Description | *Code | Date In Service | Cost (Net of Land) | Land | Bus Use % | Section 179 | Special Depreciation Allowance | Depreciable Basis | Life | Method/ Convention | Prior Depreciation | Current Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEPRECIATION | | | | | | | | | | | | |
| LAUNDRY EQUIPMENT | | 01/29/15 | 12,435 | | 100.00 | | 6,218 | 6,217 | 7.0 | 200DB/HY | | 888 |
| AC UNITS | | 02/11/15 | 7,674 | | 100.00 | | | 7,674 | 39.0 | SL/MM | | 172 |
| 5 SECURITY PANELS | | 02/28/15 | 4,800 | | 100.00 | | 2,400 | 2,400 | 7.0 | 200DB/HY | | 343 |
| ICE MACHINE | | 03/13/15 | 2,152 | | 100.00 | | 1,076 | 1,076 | 5.0 | 200DB/HY | | 215 |
| FURNISHINGS | | 03/26/15 | 1,409 | | 100.00 | | 705 | 704 | 5.0 | 200DB/HY | | 141 |
| BUILDING IMPROVEMENTS | | 03/31/15 | 11,368 | | 100.00 | | | 11,368 | 39.0 | SL/MM | | 231 |
| INFORMATION SYSTEMS | | 11/30/15 | 11,344 | | 100.00 | | 5,672 | 5,672 | 5.0 | 200DB/HY | | 1,134 |
| SUBTOTAL CURRENT YEAR | | | 51,182 | 0 | | 0 | 16,071 | 35,111 | | | 0 | 3,124 |
| | | | | | | | | | | | | |
| 1997 BUILDING | | 04/01/97 | 1,036,723 | | 100.00 | | | 1,036,723 | 39.0 | SL/MM | 470,737 | 26,583 |
| 1997 SOFTWARE | | 05/01/97 | 16,044 | | 100.00 | | | 16,044 | 3.0 | SL/HY | 16,044 | 0 |
| 1997 BUILDING IMPROVEMENTS | | 10/16/97 | 573,347 | | 100.00 | | | 573,347 | 39.0 | SL/MM | 252,980 | 14,701 |
| 1997 LANDSCAPING | | 10/16/97 | 140,587 | | 100.00 | | | 140,587 | 15.0 | 150DB/MQ | 134,363 | 0 |
| EQUIPMENT 1997 | | 10/16/97 | 316,819 | | 100.00 | | | 316,819 | 7.0 | 200DB/MQ | 316,819 | 0 |
| 1997 ROOMS RENOVATION | | 10/16/97 | 128,217 | | 100.00 | | | 128,217 | 39.0 | SL/MM | 56,576 | 3,287 |
| EQUIPMENT- 1997 | | 10/16/97 | 290,363 | | 100.00 | | | 290,363 | 7.0 | 200DB/MQ | 290,363 | 0 |
| 1997 Landscaping | | 10/16/97 | 140,587 | | 100.00 | | | 140,587 | 15.0 | 150DB/HY | 137,470 | 0 |
| LANDSCAPING | | 04/01/98 | 38,170 | | 100.00 | | | 38,170 | 15.0 | 150DB/HY | 38,170 | 0 |
| Landscaping | | 04/01/98 | 38,170 | | 100.00 | | | 38,170 | 15.0 | 150DB/HY | 38,170 | 0 |
| ROOMS RENOVATION | | 05/01/98 | 7,878 | | 100.00 | | | 7,878 | 39.0 | SL/MM | 3,358 | 202 |
| EQUIPMENT | | 06/01/98 | 12,107 | | 100.00 | | | 12,107 | 7.0 | 200DB/HY | 12,107 | 0 |
| BUILDING IMPROV | | 08/01/98 | 672 | | 100.00 | | | 672 | 39.0 | SL/MM | 278 | 17 |
| COMPUTER SOFTWARE | | 09/30/98 | 2,065 | | 100.00 | | | 2,065 | 3.0 | SL/HY | 2,064 | 0 |
| BUILDING IMPROV | | 11/01/98 | 14,745 | | 100.00 | | | 14,745 | 39.0 | SL/MM | 6,095 | 378 |
| FURNITURE & FIXTURES | | 12/07/98 | 2,222 | | 100.00 | | | 2,222 | 7.0 | 200DB/HY | 2,222 | 0 |
| BUILDINGS | | 03/31/99 | 2,428 | | 100.00 | | | 2,428 | 39.0 | SL/MM | 979 | 62 |
| BLGD- ADDITIONAL | | 08/31/99 | 3,100 | | 100.00 | | | 3,100 | 39.0 | SL/MM | 1,221 | 79 |
| ROOMS REVOVATION | | 08/31/99 | 7,443 | | 100.00 | | | 7,443 | 39.0 | SL/MM | 2,937 | 191 |
| EQUIPMENT | | 09/30/99 | 3,907 | | 100.00 | | | 3,907 | 7.0 | 200DB/HY | 3,907 | 0 |
| BLDG ADDITIONS | | 11/30/99 | 12,455 | | 100.00 | | | 12,455 | 39.0 | SL/MM | 4,826 | 319 |
| WASHER | | 11/30/99 | 6,204 | | 100.00 | | | 6,204 | 7.0 | 200DB/HY | 6,204 | 0 |
| FURNITURE & FIXTURES | | 12/31/99 | 3,572 | | 100.00 | | | 3,572 | 7.0 | 200DB/HY | 3,572 | 0 |
| EQUIPMENT- HEATER- ROOM 63 | | 02/01/00 | 416 | | 100.00 | | | 416 | 7.0 | 200DB/MQ | 416 | 0 |
| EQUIPMENT- LAWN MOWER | | 04/01/00 | 599 | | 100.00 | | | 599 | 7.0 | 200DB/MQ | 599 | 0 |
| FFE BANQUET ROOM CHAIRS, TABLES | | 04/01/00 | 6,388 | | 100.00 | | | 6,388 | 7.0 | 200DB/MQ | 6,388 | 0 |
| FFE- OFFIOCE REMODEL | | 04/01/00 | 1,963 | | 100.00 | | | 1,963 | 7.0 | 200DB/MQ | 1,963 | 0 |

* Code: S = Sold, A = Auto, L = Listed, H = Home Office

# Form 4562

## Depreciation and Amortization Report

### 2015

Tax Year 2015
► Keep for your records

LODGE PARTNERS LLC
Sch C  - RESORT HOTEL                                                                                         86-0858146

| Asset Description | *Code | Date In Service | Cost (Net of Land) | Land | Bus Use % | Section 179 | Special Depreciation Allowance | Depreciable Basis | Life | Method/ Convention | Prior Depreciation | Current Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FFE PATIOS- CHAIRS, POTS, TABLES, UMBRELLA | | 05/01/00 | 2,189 | | 100.00 | | | 2,189 | 7.0 | 200DB/MQ | 2,189 | 0 |
| Landscape-Entry Parking | | 06/01/00 | 3,385 | | 100.00 | | | 3,385 | 15.0 | 150DB/HY | 3,310 | 75 |
| LANDSCAPE- ENTRY PARKING LOT | | 06/01/00 | 3,385 | | 100.00 | | | 3,385 | 15.0 | 150DB/HY | 3,310 | 75 |
| BUILDING IMPROV- BANQUET ROOM | | 06/01/00 | 99,567 | | 100.00 | | | 99,567 | 39.0 | SL/MM | 37,125 | 2,553 |
| COMPUTERS/MONITORS- FRONT | | 06/30/00 | 2,055 | | 100.00 | | | 2,055 | 7.0 | 200DB/MQ | 2,055 | 0 |
| EQUIP- POOL HEATER | | 07/31/00 | 2,734 | | 100.00 | | | 2,734 | 7.0 | 200DB/MQ | 2,734 | 0 |
| COMPUTERS/ SALES/GM | | 07/31/00 | 2,509 | | 100.00 | | | 2,509 | 7.0 | 200DB/MQ | 2,509 | 0 |
| FFE GUEST ROOMS MATTRESSES | | 08/01/00 | 3,565 | | 100.00 | | | 3,565 | 7.0 | 200DB/MQ | 3,565 | 0 |
| EQUIPMENT- ROOMS H&C/LOCKS | | 08/31/00 | 3,199 | | 100.00 | | | 3,199 | 7.0 | 200DB/MQ | 3,199 | 0 |
| EQUIPMENT- BANQUET PROJECTOR SCREEN | | 08/31/00 | 1,320 | | 100.00 | | | 1,320 | 7.0 | 200DB/MQ | 1,320 | 0 |
| ROOMS RENOV PAINT/LABOR | | 08/31/00 | 24,263 | | 100.00 | | | 24,263 | 7.0 | 200DB/MQ | 24,263 | 0 |
| BUILDING IMPROV- SIGNS | | 09/01/00 | 8,256 | | 100.00 | | | 8,256 | 7.0 | 200DB/MQ | 8,256 | 0 |
| BUILDING IMPROV- SIDEWALKS/PATIOS | | 09/01/00 | 4,475 | | 100.00 | | | 4,475 | 39.0 | SL/MM | 1,643 | 115 |
| COMPUTER- RESTAURANT | | 09/01/00 | 7,532 | | 100.00 | | | 7,532 | 7.0 | 200DB/MQ | 7,532 | 0 |
| FFE BAR REMODEL | | 09/01/00 | 2,233 | | 100.00 | | | 2,233 | 7.0 | 200DB/MQ | 2,233 | 0 |
| BUILDING IMPROV- UPGRADE WIRING | | 09/01/00 | 10,327 | | 100.00 | | | 10,327 | 39.0 | SL/MM | 3,787 | 265 |
| EQUIPMENT- TELEPHONE | | 10/01/00 | 2,300 | | 100.00 | | | 2,300 | 7.0 | 200DB/MQ | 2,300 | 0 |
| ROOMS RENOV- TILE/ SUPPLIES | | 10/01/00 | 4,252 | | 100.00 | | | 4,252 | 7.0 | 200DB/MQ | 4,252 | 0 |
| ROOMS RENOV- LOCKS | | 10/01/00 | 1,588 | | 100.00 | | | 1,588 | 7.0 | 200DB/MQ | 1,588 | 0 |
| FFE DESIGNER- SOFT GOODS- ROOMS | | 10/01/00 | 149,147 | | 100.00 | | | 149,147 | 7.0 | 200DB/MQ | 149,147 | 0 |
| EQUIPMENT- WATER HEATERS | | 10/01/00 | 1,846 | | 100.00 | | | 1,846 | 7.0 | 200DB/MQ | 1,846 | 0 |
| COMPUTER- UPGRADE ACCT'G SYSTEM | | 10/01/00 | 540 | | 100.00 | | | 540 | 7.0 | 200DB/MQ | 540 | 0 |
| ROOMS RENOV- TUB REFINISHING | | 11/01/00 | 3,255 | | 100.00 | | | 3,255 | 7.0 | 200DB/MQ | 3,255 | 0 |
| ROOMS RENOV- FIREPLACES | | 11/01/00 | 16,270 | | 100.00 | | | 16,270 | 7.0 | 200DB/MQ | 16,270 | 0 |
| BUILDING IMPROV- UPGRADE GAS LINES | | 11/01/00 | 23,193 | | 100.00 | | | 23,193 | 39.0 | SL/MM | 8,404 | 595 |
| FFE- PATIO- POTS TRASH CONTAINER | | 12/01/00 | 1,438 | | 100.00 | | | 1,438 | 7.0 | 200DB/MQ | 1,438 | 0 |
| BUILDING IMPROV-PAINT EXTERIOR/STUCCO | | 12/01/00 | 3,798 | | 100.00 | | | 3,798 | 39.0 | SL/MM | 1,364 | 97 |
| COMPUTER- CD ROMS | | 12/01/00 | 664 | | 100.00 | | | 664 | 7.0 | 200DB/MQ | 664 | 0 |
| FFE BAR STOOL A- UNITED | | 12/22/00 | 857 | | 100.00 | | | 857 | 7.0 | 200DB/MQ | 857 | 0 |
| FURNITURE & FIXT | | 01/01/01 | 1,983 | | 100.00 | | | 1,983 | 7.0 | 200DB/HY | 1,983 | 0 |
| EQUIP- TIME CLOCK | | 01/31/01 | 925 | | 100.00 | | | 925 | 7.0 | 200DB/HY | 925 | 0 |
| EQUIPMENT | | 02/28/01 | 4,739 | | 100.00 | | | 4,739 | 7.0 | 200DB/HY | 4,739 | 0 |
| BUILDING IMPROV | | 03/31/01 | 16,269 | | 100.00 | | | 16,269 | 39.0 | SL/MM | 5,751 | 417 |
| FURNITURE & FIXT | | 05/01/01 | 5,807 | | 100.00 | | | 5,807 | 7.0 | 200DB/HY | 5,807 | 0 |
| BUILDING IMPROVEMENTS | | 08/01/01 | 9,782 | | 100.00 | | | 9,782 | 39.0 | SL/MM | 3,357 | 251 |
| COMPUTER EQUIP | | 11/01/01 | 923 | | 100.00 | | 0 | 923 | 7.0 | 200DB/HY | 923 | 0 |
| COMPUTER | | 02/28/02 | 1,180 | | 100.00 | | 0 | 1,180 | 7.0 | 200DB/MQ | 1,180 | 0 |

* **Code**: S = Sold, A = Auto, L = Listed, H = Home Office

Case 4:16-bk-13418-BMW   Doc 58   Filed 12/07/16   Entered 12/07/16 16:44:52   Desc
Main Document    Page 14 of 92

LODGE PARTNERS LLC
Sch C  - RESORT HOTEL                                                                    86-0858146

| Asset Description | *Code | Date In Service | Cost (Net of Land) | Land | Bus Use % | Section 179 | Special Depreciation Allowance | Depreciable Basis | Life | Method/ Convention | Prior Depreciation | Current Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DELL COMPUTERS | | 04/01/02 | 1,581 | | 100.00 | | 0 | 1,581 | 7.0 | 200DB/MQ | 1,581 | 0 |
| VARITECH COMMERCIAL | | 08/31/02 | 1,636 | | 100.00 | | 0 | 1,636 | 7.0 | 200DB/MQ | 1,636 | 0 |
| TOM CUMMUBG- ICE MACHINE | | 12/15/02 | 1,511 | | 100.00 | | 0 | 1,511 | 7.0 | 200DB/MQ | 1,511 | 0 |
| ADDISIGN | | 12/31/02 | 906 | | 100.00 | | 0 | 906 | 7.0 | 200DB/MQ | 906 | 0 |
| GAS LOGS | | 12/31/02 | 2,088 | | 100.00 | | 0 | 2,088 | 7.0 | 200DB/MQ | 2,088 | 0 |
| POOL FENCING | | 06/12/03 | 1,200 | | 100.00 | | | 1,200 | 39.0 | SL/MM | 358 | 31 |
| COMPUTER EQUIPMENT | | 10/01/03 | 5,682 | | 100.00 | | 0 | 5,682 | 7.0 | 200DB/MQ | 5,682 | 0 |
| LANDSCAPING | | 10/01/03 | 191 | | 100.00 | | 0 | 191 | 15.0 | 150DB/MQ | 146 | 12 |
| FURNITURE & FIXTURES | | 10/01/03 | 16,840 | | 100.00 | | 0 | 16,840 | 7.0 | 200DB/MQ | 16,840 | 0 |
| BUILDING IMPROVEMENTS | | 10/01/03 | 29,064 | | 100.00 | | | 29,064 | 39.0 | SL/MM | 8,350 | 745 |
| EQUIPMENT | | 10/01/03 | 6,110 | | 100.00 | | 0 | 6,110 | 7.0 | 200DB/MQ | 6,110 | 0 |
| Landscaping | | 10/01/03 | 191 | | 100.00 | | 0 | 191 | 15.0 | 150DB/HY | 146 | 11 |
| WINDOW CRANKS | | 10/03/03 | 176 | | 100.00 | | | 176 | 39.0 | SL/MM | 51 | 4 |
| BLDG IMPROV- FENCING | | 01/09/04 | 530 | | 100.00 | | | 530 | 39.0 | SL/MM | 152 | 14 |
| F & F-mini fridge | | 02/02/04 | 75 | | 100.00 | | 0 | 75 | 7.0 | 200DB/HY | 75 | 0 |
| BLDG IMPROV-NEON SIGN | | 02/06/04 | 415 | | 100.00 | | | 415 | 39.0 | SL/MM | 119 | 11 |
| BUILDING IMPROV- SHOWER DOOR #65 | | 02/23/04 | 119 | | 100.00 | | | 119 | 39.0 | SL/MM | 33 | 3 |
| F & F BLINDS RM 6 | | 03/15/04 | 229 | | 100.00 | | 0 | 229 | 7.0 | 200DB/HY | 229 | 0 |
| F & F- FLOORING- POET'S CORNER | | 04/01/04 | 1,677 | | 100.00 | | 0 | 1,677 | 7.0 | 200DB/HY | 1,677 | 0 |
| BLDG IMPROV- TELEPHONE CABLING | | 04/01/04 | 697 | | 100.00 | | | 697 | 39.0 | SL/MM | 193 | 18 |
| F & F- DUVET COVER | | 04/14/04 | 172 | | 100.00 | | 0 | 172 | 7.0 | 200DB/HY | 172 | 0 |
| EQUIPMENT- PHONE HEADSET | | 04/14/04 | 247 | | 100.00 | | 0 | 247 | 7.0 | 200DB/HY | 247 | 0 |
| BLDG IMPROV- DOOR'S- POET'S CORNER | | 04/30/04 | 6,885 | | 100.00 | | | 6,885 | 39.0 | SL/MM | 1,892 | 176 |
| EQUIPMENT- COPIER | | 04/30/04 | 160 | | 100.00 | | 0 | 160 | 7.0 | 200DB/HY | 160 | 0 |
| BLDG IMPROV- WALL MURAL | | 04/30/04 | 1,200 | | 100.00 | | | 1,200 | 39.0 | SL/MM | 332 | 31 |
| BLDG IMPROV- A/C COMPRESSOR | | 05/13/04 | 796 | | 100.00 | | | 796 | 39.0 | SL/MM | 214 | 21 |
| BLDG IMPROV- A/C COMPRESSOR | | 05/17/04 | 850 | | 100.00 | | 0 | 850 | 7.0 | 200DB/HY | 850 | 0 |
| BLDG IMPROV- A/C COMPRESSOR | | 05/17/04 | 993 | | 100.00 | | | 993 | 39.0 | SL/MM | 269 | 26 |
| BLDG IMPROV- A/C MOTOR | | 05/19/04 | 278 | | 100.00 | | | 278 | 39.0 | SL/MM | 74 | 7 |
| BLDG IMPROV- A/C MOTOR | | 05/20/04 | 283 | | 100.00 | | | 283 | 39.0 | SL/MM | 75 | 7 |
| BLDG IMPROV- A/C COMPRESSOR | | 05/21/04 | 894 | | 100.00 | | | 894 | 39.0 | SL/MM | 244 | 23 |
| COMPUTER REBUILD- SERVER | | 05/24/04 | 2,012 | | 100.00 | | 0 | 2,012 | 7.0 | 200DB/HY | 2,012 | 0 |
| COMPUTERS-DELL COMPUTER EQUIP | | 06/01/04 | 2,420 | | 100.00 | | 0 | 2,420 | 7.0 | 200DB/HY | 2,420 | 0 |
| BLDG IMPROV- MASONRY HEARTH | | 06/01/04 | 350 | | 100.00 | | | 350 | 39.0 | SL/MM | 95 | 9 |
| F & F- TV/VCR | | 07/23/04 | 290 | | 100.00 | | 0 | 290 | 7.0 | 200DB/HY | 290 | 0 |
| EQUIPMENT- KITCHEN FRIG. | | 08/03/04 | 1,757 | | 100.00 | | 0 | 1,757 | 7.0 | 200DB/HY | 1,757 | 0 |
| F & F- BANQUET TABLES | | 08/19/04 | 406 | | 100.00 | | 0 | 406 | 7.0 | 200DB/HY | 406 | 0 |

* **Code:** S = Sold, A = Auto, L = Listed, H = Home Office

# Depreciation and Amortization Report

Tax Year 2015
► Keep for your records

LODGE PARTNERS LLC
Sch C  - RESORT HOTEL                                                                                      86-0858146

| Asset Description | *Code | Date In Service | Cost (Net of Land) | Land | Bus Use % | Section 179 | Special Depreciation Allowance | Depreciable Basis | Life | Method/ Convention | Prior Depreciation | Current Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BLDG IMPROV- CALLIOPE COPPER | | 09/09/04 | 348 | | 100.00 | | | 348 | 39.0 | SL/MM | 93 | 9 |
| BLDG IMPROV- BAR DESIGN | | 10/31/04 | 17,765 | | 100.00 | | | 17,765 | 39.0 | SL/MM | 4,650 | 456 |
| F & F- COFFEE TABLE- BAR | | 12/21/04 | 300 | | 100.00 | | 0 | 300 | 7.0 | 200DB/HY | 300 | 0 |
| F & F- 12/46 CARPET | | 12/31/04 | 564 | | 100.00 | | 0 | 564 | 7.0 | 200DB/HY | 564 | 0 |
| f & f sales dept desk | | 01/31/05 | 308 | | 100.00 | | 0 | 308 | 7.0 | 200DB/MQ | 308 | 0 |
| restaurant sign | | 03/04/05 | 167 | | 100.00 | | 0 | 167 | 7.0 | 200DB/MQ | 167 | 0 |
| dell computers | | 03/24/05 | 3,196 | | 100.00 | | 0 | 3,196 | 7.0 | 200DB/MQ | 3,196 | 0 |
| jaguar pms computer system | | 10/25/05 | 4,848 | | 100.00 | | 0 | 4,848 | 7.0 | 200DB/MQ | 4,848 | 0 |
| POS computer system | | 11/18/05 | 5,739 | | 100.00 | | 0 | 5,739 | 7.0 | 200DB/MQ | 5,739 | 0 |
| rooms renov 2001 prof fees | | 12/31/05 | 700 | | 100.00 | | | 700 | 39.0 | SL/MM | 163 | 18 |
| rooms renov. 2005 prof fees | | 12/31/05 | 40,450 | | 100.00 | | | 40,450 | 39.0 | SL/MM | 9,376 | 1,037 |
| 2005 rooms renovation | | 12/31/05 | 51,437 | | 100.00 | | | 51,437 | 39.0 | SL/MM | 11,953 | 1,319 |
| carpet 2005 rooms renovation | | 12/31/05 | 3,134 | | 100.00 | | 0 | 3,134 | 7.0 | 200DB/MQ | 2,929 | 0 |
| hvac 2005 rooms renovation | | 12/31/05 | 42,779 | | 100.00 | | 0 | 42,779 | 7.0 | 200DB/MQ | 39,977 | 0 |
| CA TABLE | | 01/20/06 | 535 | | 100.00 | | 0 | 535 | 7.0 | 200DB/HY | 535 | 0 |
| POOL FURNITURE | | 04/10/06 | 623 | | 100.00 | | 0 | 623 | 7.0 | 200DB/HY | 623 | 0 |
| ROOMS RENOVATION 2006 | | 05/31/06 | 104,735 | | 100.00 | | | 104,735 | 39.0 | SL/MM | 23,162 | 2,685 |
| COMPUTER SYSTEMS- 2006 | | 06/30/06 | 23,916 | | 100.00 | | 0 | 23,916 | 7.0 | 200DB/HY | 23,916 | 0 |
| EQUIPMENT-2006 | | 06/30/06 | 9,752 | | 100.00 | | 0 | 9,752 | 7.0 | 200DB/HY | 9,752 | 0 |
| GAS LINES | | 10/10/06 | 2,525 | | 100.00 | | | 2,525 | 39.0 | SL/MM | 533 | 65 |
| ACCT FEES- BLDG/ROOMS RENOV | | 11/16/06 | 490 | | 100.00 | | | 490 | 39.0 | SL/MM | 105 | 13 |
| EQUIPMENT | | 06/30/07 | 3,461 | | 100.00 | | | 3,461 | 7.0 | 200DB/HY | 3,461 | 0 |
| COMPUTER EQUIPMENT | | 06/30/07 | 2,607 | | 100.00 | | | 2,607 | 7.0 | 200DB/HY | 2,607 | 0 |
| FURNITURE & FIXTURES | | 06/30/07 | 2,067 | | 100.00 | | | 2,067 | 7.0 | 200DB/HY | 2,067 | 0 |
| prof fees re improv | | 01/01/08 | 6,130 | | 100.00 | | | 6,130 | 39.0 | SL/MM | 1,093 | 157 |
| bldg room improv | | 01/01/08 | 57,380 | | 100.00 | | | 57,380 | 39.0 | SL/MM | 10,236 | 1,471 |
| bldg improv | | 10/01/08 | 63,267 | | 100.00 | | | 63,267 | 39.0 | SL/MM | 10,070 | 1,622 |
| bldg improv | | 10/01/08 | 109,986 | | 100.00 | | | 109,986 | 39.0 | SL/MM | 17,508 | 2,820 |
| television's | | 06/15/09 | 40,000 | | 100.00 | | 20,000 | 20,000 | 7.0 | 200DB/HY | 17,322 | 1,785 |
| computer system | | 06/15/09 | 100,024 | | 100.00 | | 50,012 | 50,012 | 7.0 | 200DB/HY | 50,012 | 0 |
| furniture & fixtures | | 06/15/09 | 23,266 | | 100.00 | | 11,633 | 11,633 | 7.0 | 200DB/HY | 10,075 | 1,039 |
| computer equipment | | 06/15/09 | 29,453 | | 100.00 | | 14,727 | 14,726 | 7.0 | 200DB/HY | 14,726 | 0 |
| REZONING EXPANSION | | 06/15/09 | 158,999 | | 100.00 | | | 158,999 | 39.0 | SL/MM | 22,593 | 4,077 |
| furniture & fixtures | | 06/15/09 | 733,088 | | 100.00 | | 366,544 | 366,544 | 7.0 | 200DB/HY | 317,456 | 32,713 |
| telephone equipment | | 06/15/09 | 12,690 | | 100.00 | | 6,345 | 6,345 | 7.0 | 200DB/HY | 5,494 | 567 |
| television's | | 06/15/09 | 24,864 | | 100.00 | | 12,432 | 12,432 | 7.0 | 200DB/HY | 10,768 | 1,109 |
| telephone equipment | | 06/15/09 | 9,161 | | 100.00 | | 4,581 | 4,580 | 7.0 | 200DB/HY | 3,967 | 409 |

* **Code:** S = Sold, A = Auto, L = Listed, H = Home Office

# Form 4562

## Depreciation and Amortization Report

**2015**

Tax Year 2015
► Keep for your records

LODGE PARTNERS LLC
Sch C  - RESORT HOTEL                                              86-0858146

| Asset Description | *Code | Date In Service | Cost (Net of Land) | Land | Bus Use % | Section 179 | Special Depreciation Allowance | Depreciable Basis | Life | Method/ Convention | Prior Depreciation | Current Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BUILDING EXPANSION/RENOVATION | | 06/15/09 | 10,217,958 | | 100.00 | | | 10,217,958 | 39.0 | SL/MM | 1,451,900 | 261,999 |
| LEGAL & ACCOUNTING - JV | | 06/15/09 | 63,757 | | 100.00 | | | 63,757 | 39.0 | SL/MM | 9,061 | 1,635 |
| PLANNING PRECONSTRUCTION | | 06/15/09 | 1,106,862 | | 100.00 | | | 1,106,862 | 39.0 | SL/MM | 157,277 | 28,381 |
| equipment | | 03/31/10 | 12,182 | | 100.00 | | 6,091 | 6,091 | 7.0 | 200DB/HY | 4,732 | 544 |
| furniture & fixtures | | 06/30/10 | 21,780 | | 100.00 | | 10,890 | 10,890 | 7.0 | 200DB/HY | 8,461 | 972 |
| construction planning | | 06/30/10 | 29,546 | | 100.00 | | | 29,546 | 39.0 | SL/MM | 3,442 | 758 |
| equipment | | 06/30/10 | 5,028 | | 100.00 | | 2,514 | 2,514 | 7.0 | 200DB/HY | 1,953 | 224 |
| furniture & fixtures-coastal | | 06/30/10 | 22,783 | | 100.00 | | 11,392 | 11,391 | 7.0 | 200DB/HY | 8,849 | 1,016 |
| refrigerator & rugs | | 01/07/11 | 4,443 | | 100.00 | | 0 | 4,443 | 7.0 | 200DB/HY | 3,055 | 397 |
| sign & door | | 04/15/11 | 10,689 | | 100.00 | | 0 | 10,689 | 7.0 | 200DB/HY | 7,350 | 954 |
| drapes, tabel , framing | | 04/25/11 | 3,258 | | 100.00 | | 0 | 3,258 | 7.0 | 200DB/HY | 2,240 | 291 |
| furniture & fixtures coastal | | 06/30/11 | 30,751 | | 100.00 | | 0 | 30,751 | 7.0 | 200DB/HY | 21,145 | 2,745 |
| Sheer Panel | | 01/31/12 | 684 | | 100.00 | | 342 | 342 | 7.0 | 200DB/MQ | 211 | 37 |
| Restaurant Cabinet | | 02/16/12 | 500 | | 100.00 | | 250 | 250 | 7.0 | 200DB/MQ | 154 | 27 |
| Restaurant Cabinet | | 02/28/12 | 1,002 | | 100.00 | | 501 | 501 | 7.0 | 200DB/MQ | 309 | 55 |
| Wireless package | | 04/30/12 | 700 | | 100.00 | | 350 | 350 | 7.0 | 200DB/MQ | 203 | 42 |
| Computer | | 10/31/12 | 435 | | 100.00 | | 218 | 217 | 7.0 | 200DB/MQ | 114 | 30 |
| Computer | | 10/31/12 | 435 | | 100.00 | | 218 | 217 | 7.0 | 200DB/MQ | 114 | 30 |
| HVAC | | 10/31/12 | 16,744 | | 100.00 | | 8,372 | 8,372 | 7.0 | 200DB/MQ | 4,253 | 1,177 |
| Banquet Equipment | | 11/30/12 | 931 | | 100.00 | | | 931 | 7.0 | 200DB/HY | 857 | 74 |
| 18 banquet tables | | 11/30/12 | 1,692 | | 100.00 | | 846 | 846 | 7.0 | 200DB/MQ | 430 | 119 |
| Banquet Tables | | 12/31/12 | 2,091 | | 100.00 | | 1,046 | 1,045 | 7.0 | 200DB/MQ | 531 | 147 |
| Banquet Equipment | | 12/31/12 | 892 | | 100.00 | | 446 | 446 | 7.0 | 200DB/MQ | 227 | 63 |
| Sofa | | 12/31/12 | 455 | | 100.00 | | 228 | 227 | 7.0 | 200DB/MQ | 116 | 32 |
| SANTE FE FORKS | | 01/17/13 | 637 | | 100.00 | | 319 | 318 | 7.0 | 200DB/HY | 123 | 56 |
| BED SHEERS | | 02/05/13 | 813 | | 100.00 | | 407 | 406 | 7.0 | 200DB/HY | 157 | 71 |
| PC COMPUTER | | 03/31/13 | 642 | | 100.00 | | 321 | 321 | 7.0 | 200DB/HY | 125 | 56 |
| BED SHEERS | | 04/02/13 | 888 | | 100.00 | | 444 | 444 | 7.0 | 200DB/HY | 172 | 78 |
| HVAC UNITS | | 05/14/13 | 5,000 | | 100.00 | | | 5,000 | 39.0 | SL/MM | 208 | 128 |
| WI FI UPGRADE | | 06/27/13 | 25,080 | | 100.00 | | 12,540 | 12,540 | 7.0 | 200DB/HY | 4,862 | 2,194 |
| GUEST ROOM CHAIR | | 08/27/13 | 560 | | 100.00 | | 280 | 280 | 7.0 | 200DB/HY | 109 | 49 |
| BEDSHEETS | | 11/15/13 | 3,000 | | 100.00 | | 1,500 | 1,500 | 7.0 | 200DB/HY | 581 | 263 |
| IRONER | | 11/15/13 | 5,000 | | 100.00 | | 2,500 | 2,500 | 7.0 | 200DB/HY | 969 | 437 |
| CLAY SEWER PIPE PROJECT | | 12/01/13 | 8,322 | | 100.00 | | 4,161 | 4,161 | 15.0 | 150DB/HY | 603 | 356 |
| BUILDING 10 & 15 UPGRADES | | 12/01/13 | 1,478 | | 100.00 | | | 1,478 | 39.0 | SL/MM | 40 | 38 |
| FITNESS CENTER UPGRADE | | 12/01/13 | 3,773 | | 100.00 | | | 3,773 | 39.0 | SL/MM | 101 | 97 |
| WINDOW COVERINGS | | 01/27/14 | 777 | | 100.00 | | 389 | 388 | 5.0 | 200DB/MQ | 136 | 101 |

* **Code:** S = Sold, A = Auto, L = Listed, H = Home Office

# Form 4562

## Depreciation and Amortization Report

**2015**

Tax Year 2015
► Keep for your records

LODGE PARTNERS LLC
Sch C  - RESORT HOTEL

86-0858146

| Asset Description | *Code | Date In Service | Cost (Net of Land) | Land | Bus Use % | Section 179 | Special Depreciation Allowance | Depreciable Basis | Life | Method/ Convention | Prior Depreciation | Current Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KING SIZE BED | | 01/30/14 | 926 | | 100.00 | | 463 | 463 | 5.0 | 200DB/MQ | 162 | 120 |
| REFRIGERATORS | | 02/08/14 | 4,153 | | 100.00 | | 2,077 | 2,076 | 7.0 | 200DB/MQ | 519 | 445 |
| BED SKIRTS | | 02/12/14 | 5,685 | | 100.00 | | 2,843 | 2,842 | 5.0 | 200DB/MQ | 995 | 739 |
| BUILDING REMODEL | | 02/12/14 | 130,801 | | 100.00 | | | 130,801 | 39.0 | SL/MM | 2,935 | 3,354 |
| CANOPY & AWNINGS | | 02/26/14 | 4,467 | | 100.00 | | 2,234 | 2,233 | 7.0 | 200DB/MQ | 558 | 479 |
| PICTURES | | 02/26/14 | 2,515 | | 100.00 | | 1,258 | 1,257 | 5.0 | 200DB/MQ | 440 | 327 |
| CHAIRS | | 02/26/14 | 963 | | 100.00 | | 482 | 481 | 7.0 | 200DB/MQ | 120 | 103 |
| CHAIRS | | 02/26/14 | 10,478 | | 100.00 | | 5,239 | 5,239 | 5.0 | 200DB/MQ | 1,834 | 1,362 |
| SHEERS | | 02/26/14 | 5,789 | | 100.00 | | 2,895 | 2,894 | 5.0 | 200DB/MQ | 1,013 | 752 |
| BUILDING REMODEL | | 04/08/14 | 31,617 | | 100.00 | | | 31,617 | 39.0 | SL/MM | 574 | 811 |
| LAUNDRY EQUIPMENT | | 04/09/14 | 856 | | 100.00 | | 428 | 428 | 7.0 | 200DB/MQ | 76 | 101 |
| 2 PC'S FOR KITCHEN | | 04/30/14 | 1,273 | | 100.00 | | 637 | 636 | 5.0 | 200DB/MQ | 159 | 191 |
| CURTAIN RODS | | 05/04/14 | 2,829 | | 100.00 | | 1,415 | 1,414 | 5.0 | 200DB/MQ | 354 | 424 |
| BEDDING | | 05/21/14 | 6,159 | | 100.00 | | 3,080 | 3,079 | 5.0 | 200DB/MQ | 770 | 924 |
| TV | | 05/22/14 | 189 | | 100.00 | | 95 | 94 | 5.0 | 200DB/MQ | 24 | 28 |
| BUILDING IMPROVEMENTS | | 06/30/14 | 27,654 | | 100.00 | | | 27,654 | 39.0 | SL/MM | 384 | 709 |
| FURNITURE & FIXTURES | | 07/24/14 | 7,219 | | 100.00 | | 3,610 | 3,609 | 5.0 | 200DB/MQ | 541 | 1,227 |
| KEY ENCODER 2800 TERMINAL | | 07/31/14 | 3,422 | | 100.00 | | 1,711 | 1,711 | 7.0 | 200DB/MQ | 183 | 437 |
| BUILDING REMODEL | | 08/01/14 | 39,543 | | 100.00 | | | 39,543 | 39.0 | SL/MM | 380 | 1,014 |
| FURNITURE & FIXTURES | | 10/03/14 | 15,222 | | 100.00 | | 7,611 | 7,611 | 5.0 | 200DB/MQ | 381 | 2,892 |
| LAUNDREY BURGUNDY W/B | | 10/20/14 | 320 | | 100.00 | | 160 | 160 | 7.0 | 200DB/MQ | 6 | 44 |
| BUILDING REMODEL | | 11/01/14 | 46,091 | | 100.00 | | | 46,091 | 39.0 | SL/MM | 148 | 1,182 |
| TABLES | | 11/05/14 | 1,400 | | 100.00 | | 700 | 700 | 5.0 | 200DB/MQ | 35 | 266 |
| 5 TABLES | | 11/09/14 | 700 | | 100.00 | | 350 | 350 | 5.0 | 200DB/MQ | 18 | 133 |
| BAR FURNITURE | | 11/09/14 | 313 | | 100.00 | | 157 | 156 | 5.0 | 200DB/MQ | 8 | 59 |
| IRONER | | 11/30/14 | 17,073 | | 100.00 | | 8,537 | 8,536 | 7.0 | 200DB/MQ | 305 | 2,352 |
| WALK IN COOLER | | 12/12/14 | 5,488 | | 100.00 | | 2,744 | 2,744 | 7.0 | 200DB/MQ | 98 | 756 |
| SUBTOTAL PRIOR YEAR | | | 17,005,319 | 0 | | 0 | 601,565 | 16,403,754 | | | 4,546,374 | 431,686 |
| | | | | | | | | | | | | |
| TOTALS | | | 17,056,501 | 0 | | 0 | 617,636 | 16,438,865 | | | 4,546,374 | 434,810 |

*Code: S = Sold, A = Auto, L = Listed, H = Home Office

# A/R Aging

| Account | Name | Current | 30Days | 60Days | 90Days | 120Days | Credits | Balance | Limit |
|---|---|---|---|---|---|---|---|---|---|
| 13830 | UA AERO/MECHANICAL ENGINEERING | 274.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 274.68 | 5,000.00 |
| 13837 | CASEY FAMILY PROGRAMS | 0.00 | 276.68 | 0.00 | 0.00 | 0.00 | 0.00 | 276.68 | 5,000.00 |
| 13845 | MIKI TRAVEL LIMITED | 968.13 | 637.72 | 444.29 | 0.00 | 0.00 | 0.00 | 2,050.14 | 5,000.00 |
| 13847 | ROCKY MOUNTAIN TOURS | 160.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 160.88 | 0.00 |
| 13853 | TOURICO HOLIDAYS | 543.52 | 464.20 | 0.00 | 0.08 | 161.03 | (0.08) | 1,168.83 | 5,000.00 |
| 13859 | *UA COLLEGE OF AGRICULTURE & LIFE SCIENCE | 274.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 274.68 | 5,000.00 |
| 13860 | *UA COLLEGE OF PHARMACY - PULIDO CENTER | 0.00 | 137.34 | 0.00 | 0.00 | 0.00 | 0.00 | 137.34 | 5,000.00 |
| 13880 | UA COLLEGE OF HUMANITIES | 680.94 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 680.94 | 5,000.00 |
| 13889 | UA DEPT OF SOCIAL SCIENCES | 549.36 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 549.36 | 5,000.00 |
| 13892 | UA NATIVE AMERICAN STUDENT AFFAIRS OFFICE | 137.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 137.34 | 0.00 |

Case 4:16-bk-13418-BMW　　Doc 58　　Filed 12/07/16　Entered 12/07/16 16:44:52　　Desc
Main Document　　Page 19 of 92

# A/R Aging

| Account | Name | Current | 30Days | 60Days | 90Days | 120Days | Credits | Balance | Limit |
|---|---|---|---|---|---|---|---|---|---|
| 13896 | UA SCHOOL OF INTERNATIONAL LANGUAGES, LITERATURES & CULTURES | 274.68 | 412.02 | 0.00 | 0.00 | 0.00 | 0.00 | 686.70 | 5,000.00 |
| 13902 | TUCSON'S LEADING WOMEN | 1,144.74 | 1,901.74 | 406.20 | 0.00 | 0.00 | 0.00 | 3,452.68 | 5,000.00 |
| 15089 | *UA AURA | 1,177.32 | 0.00 | 0.00 | 646.06 | (23.74) | (23.74) | 1,799.64 | 5,000.00 |
| 16940 | UA - General Account | 274.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 274.68 | 5,000.00 |
| 22671 | Groupon | 5,212.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,212.30 | 0.00 |
| | Grand Total: | 11,673.25 | 3,829.70 | 850.49 | 646.14 | 137.29 | (23.82) | 17,136.87 | 60,000.00 |

Case 4:16-bk-13418-BMW          Doc 58          Filed 12/07/16          Entered 12/07/16 16:44:52          Desc
Main Document          Page 20 of 92

Fill in this information to identify the case:

Debtor name **LODGE PARTNERS, L.L.C**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) **4:16-bk-13418-BMW**

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

| 2.1 | **Lodge In Tucson, LLC** | $100,000.00 | $330,000.00 |
|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**All of Debtor's personal property**

**6030 E Cheney Dr**
**Paradise Valley, AZ 85253**

Creditor's mailing address

Describe the lien
**Security Agreement - UCC Financing Stmt**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **Palatine Tucson LLC** | $12,156,114.89 | $4,120,000.00 |
|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**Improved property located at 306 N. Alvernon Way, Tucson, AZ 85711 and legally described as: Lots 3,**
**4, 5, 6, 7, and 8 of Block 5 of Country Club Heights, recorded in Book 5 of Maps & Plats at page 1.**

**ATTN: Pravin Pranav**
**6281 Beach Park Blvd., Ste. 331**
**Buena Park, CA 90261**

Creditor's mailing address

Describe the lien
**Deed of Trust**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**April 7, 2016 purchased from Wells Fargo Bank**
**Last 4 digits of account number**

---

Official Form 206D      **Schedule D: Creditors Who Have Claims Secured by Property**      page 1 of 3

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| **1. Pima County Treasurer's Office** | |
| **2. Palatine Tucson LLC** | |

---

| 2.3 | **Pima County Treasurer's Office** | | **$67,120.48** | **$4,120,000.00** |
|---|---|---|---|---|

| | | |
|---|---|---|
| Creditor's Name | **Describe debtor's property that is subject to a lien** | |
| | **Improved property located at 306 N. Alvernon Way, Tucson, AZ 85711 and legally described as: Lots 3, 4, 5, 6, 7, and 8 of Block 5 of Country Club Heights, recorded in Book 5 of Maps & Plats at page 1.** | |
| **PO Box 29011** | | |
| **Phoenix, AZ 85038-9011** | | |
| Creditor's mailing address | **Describe the lien** | |
| | **Statutory Lien** | |
| | **Is the creditor an insider or related party?** | |
| | ■ No | |
| Creditor's email address, if known | ☐ Yes | |
| | **Is anyone else liable on this claim?** | |
| **Date debt was incurred** | ■ No | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Last 4 digits of account number** | | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| **Specified on line 2.2** | |

---

| 2.4 | **Ponderosa Group LLC** | | **$26,862.10** | **$20,000.00** |
|---|---|---|---|---|

| | | |
|---|---|---|
| Creditor's Name | **Describe debtor's property that is subject to a lien** | |
| **6480 E McDowell Rd, Bldg A** | **Air conditioning unit, equipment, and furnishings** | |
| **Scottsdale, AZ 85257** | | |
| Creditor's mailing address | **Describe the lien** | |
| | **Security Agreement - UCC Financing Stmt** | |
| | **Is the creditor an insider or related party?** | |
| | ■ No | |
| Creditor's email address, if known | ☐ Yes | |
| | **Is anyone else liable on this claim?** | |
| **Date debt was incurred** | ■ No | |
| **November 1, 2012** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Last 4 digits of account number** | | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **Wells Fargo Equipment Financing, Inc.** | **Describe debtor's property that is subject to a lien** | **$43,053.50** | **$100,000.00** |
|---|---|---|---|---|

| Creditor's Name | **Personal property including hotel and office equipment, furnishings, and supplies** |
|---|---|
| **733 Marquette Ave, Ste 700**<br>**MAC N 9306-070**<br>**Minneapolis, MN 55402** | |
| Creditor's mailing address | **Describe the lien** |
| | **Purchase Money Loan -UCC Financing Statement** |
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No<br>☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **8/9/2012** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated<br>☐ Disputed |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

**$12,393,150.97**

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Palatine Tucson LLC**<br>**c/o Engelman Berger PC**<br>**3636 N. Central Ave Ste 700**<br>**Phoenix, AZ 85012** | Line  **2.2** | |

Fill in this information to identify the case:

Debtor name **LODGE PARTNERS, L.L.C**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) **4:16-bk-13418-BMW**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Alena Kay-Benton**<br>**HC 70 Box 3410**<br>**Patagonia, AZ 85624** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $146.91 | $146.91 |
| | Date or dates debt was incurred | Basis for the claim:<br>**For January 2017** | | |
| | Last 4 digits of account number **9119**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**7**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Arizona Attorney General's Office**<br>**Bankruptcy & Collection**<br>**Enforcement**<br>**1275 W. Washington Street**<br>**Phoenix, AZ 85007** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $25,652.20 | $25,652.20 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Transaction Privilege Tax for Sept. 2015, Nov.**<br>**2015, July 2016, and Sept. 2016** | | |
| | Last 4 digits of account number **1558**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    48181                    Best Case Bankruptcy

Case 4:16-bk-13418-BMW    Doc 58    Filed 12/07/16    Entered 12/07/16 16:44:52    Desc
Main Document    Page 24 of 92

**2.3** Priority creditor's name and mailing address

**Arizona Department of Revenue**
**Bankruptcy Unit**
**PO Box 29070**
**Phoenix, AZ 85038-9070**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$25,159.89    $25,159.89

Date or dates debt was incurred

Basis for the claim:
**Employee Withholding, SUI**

Last 4 digits of account number **8146**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.4** Priority creditor's name and mailing address

**Arizona Department of Revenue**
**Bankruptcy Unit**
**PO Box 29070**
**Phoenix, AZ 85038-9070**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$17,542.64    $17,542.64

Date or dates debt was incurred

Basis for the claim:
**Transaction Privilege Tax re October 2016 sales**
**tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.5** Priority creditor's name and mailing address

**Barbara Giblin**
**427 Pomona Ave**
**Coronado, CA 92118**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

$640.78    $640.78

Date or dates debt was incurred

Basis for the claim:
**For December 2016**

Last 4 digits of account number **8981**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.6** Priority creditor's name and mailing address

**Campos - Galaz Wedding**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

$1,621.50    $0.00

Date or dates debt was incurred

Basis for the claim:
**Advance deposit - Debtor intends to perform**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110,397.10 | $110,397.10 |
|-----|----------------------------------------------|----------------------------------------------|-------------|-------------|

**City of Tucson**
**REV INV - Paula Wojtseck**
**255 W. Alameda**
**Tucson, AZ 85701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number **8146**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $184.01 | $184.01 |
|-----|----------------------------------------------|----------------------------------------------|---------|---------|

**Craig Grutsley**
**8307 E San Rafael Dr**
**Scottsdale, AZ 85258**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For December 2016**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 | $0.00 |
|-----|----------------------------------------------|----------------------------------------------|---------|-------|

**Drucker-White**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Advance deposit - Debtor intends to perform**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 | $200.00 |
|------|----------------------------------------------|----------------------------------------------|---------|---------|

**FoodCorps**
**2544 NW Upshur St**
**Portland, OR 97210**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For January 2017**

Last 4 digits of account number **6641**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 4:16-bk-13418-BMW    Doc 58    Filed 12/07/16    Entered 12/07/16 16:44:52    Desc
Main Document     Page 26 of 92

| 2.11 | Priority creditor's name and mailing address | | $1,500.00 | $0.00 |
|---|---|---|---|---|

**Hernandez-Thomas**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Advance deposit - Debtor intends to perform**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operations**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Withholding, Medicare, FUTA**

Last 4 digits of account number **8146**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | | $150.00 | $0.00 |
|---|---|---|---|---|

**Joanne Machold**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Advance deposit - Debtor intends to perform**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | | $850.00 | $0.00 |
|---|---|---|---|---|

**Johnson & Riley Wedding**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Advance deposit - Debtor intends to perform**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $545.56 | $545.56 |
|------|----------------------------------------------|-----------------------------------------------------------------------|---------|---------|

**Kathleen Giclas**
**26 Santa Fe**
**Rancho Santa Margarita, CA 92688**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For November 23, 2016**

Last 4 digits of account number **9217**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |
|------|----------------------------------------------|-----------------------------------------------------------------------|---------|---------|

**Kiester Jarvis**
**7266 W Opposum Dr**
**Tucson, AZ 85743**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For February 2017**

Last 4 digits of account number **1272**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 | $1,000.00 |
|------|----------------------------------------------|-----------------------------------------------------------------------|-----------|-----------|

**Michael Condon**
**Box 211068**
**Denver, CO 80221**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For February 2017**

Last 4 digits of account number **5704**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $203.44 | $203.44 |
|------|----------------------------------------------|-----------------------------------------------------------------------|---------|---------|

**Olivier Saint Germaine**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For November 28, 2016.  Address not located.**

Last 4 digits of account number **8109**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Case 4:16-bk-13418-BMW   Doc 58   Filed 12/07/16   Entered 12/07/16 16:44:52   Desc
Main Document    Page 28 of 92

| 2.19 | Priority creditor's name and mailing address<br>**Richard A. Cohn** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$300.00** | **$0.00** |
|---|---|---|---|---|

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Advance deposit - Debtor intends to perform** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address<br>**Rita Schulze**<br>**13822 West Franciscan Dr**<br>**Sun City West, AZ 85375** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$583.64** | **$583.64** |
|---|---|---|---|---|

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**For November 23, 2016** |
|---|---|

| Last 4 digits of account number **9191** | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address<br>**Rosaleen Mazur**<br>**26 Miller St, 2nd Floor**<br>**Warren, RI 02885** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$310.88** | **$310.88** |
|---|---|---|---|---|

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**For December 2016** |
|---|---|

| Last 4 digits of account number **6730** | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address<br>**Samantha Vesperman**<br>**441 W Chalres L McKay St**<br>**Vail, AZ 85641** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$362.60** | **$362.60** |
|---|---|---|---|---|

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**For March 2017** |
|---|---|

| Last 4 digits of account number **7521** | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 4:16-bk-13418-BMW    Doc 58    Filed 12/07/16    Entered 12/07/16 16:44:52    Desc
Main Document     Page 29 of 92

| 2.23 | Priority creditor's name and mailing address<br><br>**Thomas Powell**<br>**5419 Nibud Ct**<br>**Rockville, MD 20852** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br><br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $387.06 | $387.06 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**For February 2017** | | |
| | Last 4 digits of account number **4981**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**7**) | Is the claim subject to offset?<br><br>■ No<br>☐ Yes | | |

| 2.24 | Priority creditor's name and mailing address<br><br>**William George Colclough** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br><br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $329.92 | $329.92 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**For February 2017.  Address not located.** | | |
| | Last 4 digits of account number **1401**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**7**) | Is the claim subject to offset?<br><br>■ No<br>☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address<br><br>**Wunderlich-Nunez** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br><br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $200.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Advance deposit - Debtor intends to perform** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**7**) | Is the claim subject to offset?<br><br>■ No<br>☐ Yes | | |

---

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**AAA-Mail Stop 2**<br>**1000 W. Drive**<br>**Heathrow, FL 32746-5063**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $271.98 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Abbey Harle Donahoe**<br>**7114 E Stetson Dr, Ste 205**<br>**Scottsdale, AZ 85251**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Capital loans**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $20,000.00 |

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $98.00 |
|---|---|---|---|

**Alejandros Tortilla Bakery**
**5330 S 12th Avenue**
**Tucson, AZ 85706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $154.64 |
|---|---|---|---|

**Alphagraphics**
**2500 N Coyote Dr Ste 110**
**Tucson, AZ 85745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $154.64 |
|---|---|---|---|

**Alphagraphics #153**
**4555 S Palo Verde Ste 151**
**Tucson, AZ 85714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,346.86 |
|---|---|---|---|

**Ameripride Services Inc**
**PO Box 3010**
**Bemidji, MN 56619-3010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $383.19 |
|---|---|---|---|

**Arbuckles Coffee Roasters**
**3550 E Corporate Dr**
**Tucson, AZ 85706-1821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $231.26 |
|---|---|---|---|

**Arizona Association of Provide**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $369.15 |
|---|---|---|---|

**Arizona Commercial Lighting**
**PO Box 57066**
**Tucson, AZ 85732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Case 4:16-bk-13418-BMW    Doc 58    Filed 12/07/16    Entered 12/07/16 16:44:52    Desc
Main Document     Page 31 of 92

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $888.50 |
|---|---|---|---|

**Arizona Daily Star**
**TNI Partners**
**4850 S. Park Avenue**
**Tucson, AZ 85714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.66 |
|---|---|---|---|

**Arizona Party Rental**
**3619 E Speedway Blvd**
**Tucson, AZ 85716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.00 |
|---|---|---|---|

**Arizona Small Business Association**
**4600 E Washington St**
**Suite 340**
**Phoenix, AZ 85034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117.50 |
|---|---|---|---|

**Automatit Inc**
**4742 N. Oracle Rd Ste 210**
**Tucson, AZ 85705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $787.95 |
|---|---|---|---|

**Blessing Foods**
**1045 S. Highland Avenue**
**Tucson, AZ 85719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $169.95 |
|---|---|---|---|

**Blu A Wine and Cheese Shop**
**255 N Granada, Suite 2032**
**Tucson, AZ 85701-8235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,467.20 |
|---|---|---|---|

**Booking.com**
**Box 740401**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $418.30 |
|---|---|---|---|

**Bright Business Media LLC**
**475 Gate 5 Rd., Ste 235**
**Sausalito, CA 94965**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**BWS Architects**
**261 N Court Avenue**
**Tucson, AZ 85701**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Advance deposit - Debtor intends to perform**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Cadillac LaSalle Club**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Advance deposit - Debtor intends to perform**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Caneil A. Hunter**
**5487 E Bellevue**
**Tucson, AZ 85712**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,350.40 |
|---|---|---|---|

**Carondelet Health Network**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Advance deposit - Debtor intends to perform**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.00 |
|---|---|---|---|

**Casa de Los Ninos**
**1101 N 4th Avenue**
**Tucson, AZ 85705**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Advance deposit - Debtor intends to perform**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $212.90 |
|---|---|---|---|

**Casto Travel Inc**
**2560 N First St, Ste 150**
**San Jose, CA 95131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case 4:16-bk-13418-BMW    Doc 58    Filed 12/07/16    Entered 12/07/16 16:44:52    Desc
Main Document        Page 33 of 92

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.00 |
|---|---|---|---|

**Cinamedia Solutions LLC**
8448 N Mercer Way
Mercer Island, WA 98040

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,183.07 |
|---|---|---|---|

**Cintas Corporation**
PO Box 631025
Cincinnati, OH 45263-1025

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,605.26 |
|---|---|---|---|

**Coastal Hotel Group LLC**
**NC Lodging LLC**
15375 SE 30th Place Ste 290
Bellevue, WA 98007-6500

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Hotel management and accounting per services agreement;  prepetition unpaid balance

Is the claim subject to offset? ■ No ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46.41 |
|---|---|---|---|

**Columbus Glass & Screen**
1226 N. Columbus Blvd
Tucson, AZ 85712

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,780.58 |
|---|---|---|---|

**Cox Communications**
Box 53249
Phoenix, AZ 85072

Date(s) debt was incurred _
Last 4 digits of account number  1701

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $264.00 |
|---|---|---|---|

**Cox Communications**
Box 53249
Phoenix, AZ 85072

Date(s) debt was incurred _
Last 4 digits of account number  1501

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $890.29 |
|---|---|---|---|

**Cox Communications**
Box 53249
Phoenix, AZ 85072

Date(s) debt was incurred _
Last 4 digits of account number  2601

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,302.51 |
|---|---|---|---|

**Cox Communications**
Box 53249
Phoenix, AZ 85072

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $113.39 |
|---|---|---|---|

**CPEC Coin & Professional Equipment Co**
3202 S Richey Ave
Tucson, AZ 85713

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $653.61 |
|---|---|---|---|

**CVENT**
PO Box 822699
Philadelphia, PA 19182-2699

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $533.55 |
|---|---|---|---|

**Daniel J Donahoe III**
7114 E Stetson Dr, Ste 205
Scottsdale, AZ 85251

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52,300.00 |
|---|---|---|---|

**Daniel J Donahoe III**
7114 E Stetson Dr, Ste 205
Scottsdale, AZ 85251

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Capital loans**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77,864.44 |
|---|---|---|---|

**Daniel J Donahoe III**
7114 E Stetson Dr, Ste 205
Scottsdale, AZ 85251

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Purchase of equipment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,510.66 |
|---|---|---|---|

**Daybreak Investments**
7114 E Stetson Dr, Ste 205
Scottsdale, AZ 85251

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 4:16-bk-13418-BMW    Doc 58    Filed 12/07/16    Entered 12/07/16 16:44:52    Desc
Main Document     Page 35 of 92

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Digital Alchemy LLC**
**8721 Airport Freeway Ste 200**
**North Richland Hills, TX 76180**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,640.24 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Ecolab Inc**
**PO Box 100512**
**Pasadena, CA 91189-0512**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,527.54 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Ecolab Pest Elimination Div Inc**
**Ecolab Inc**
**26252  Network Place**
**Chicago, IL 60673-1262**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $297.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**EI Records LLC**
**PO Box 623**
**New York, NY 10150**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,944.93 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Enterprise Rent-A-Car**
**Enterprise Leasing Company of Phoenix**
**144 W Auto Drive**
**Tempe, AZ 85284-1015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,589.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Environmental Earthscapes Inc**
**PO Box 43820**
**Tucson, AZ 85733-3820**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $452.26 |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Freshpoint & European Imports**
**155 N Orange Ave**
**La Puente, CA 91744-3432**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,110.03 |
|------|---|---|---|

**GE Capital c/o RICOH USA Program**
**PO Box 650073**
**Dallas, TX 75265-0073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $445.61 |
|------|---|---|---|

**GWebware LLC**
**2996 W Agena Dr**
**Tucson, AZ 85742-4800**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|------|---|---|---|

**HBL CPAs PC**
**5656 E Grant Road**
**#200**
**Tucson, AZ 85712**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Advance deposit - Debtor intends to perform__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,095.53 |
|------|---|---|---|

**Hello! Arizona**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Advance deposit - Debtor intends to perform__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $83.40 |
|------|---|---|---|

**Home Depot**
**3589 E Broadway Blvd**
**Tucson, AZ 85716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|------|---|---|---|

**Idesign LLC**
**8825 Burke Ave N**
**Seattle, WA 98007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $335.00 |
|------|---|---|---|

**IGLTA**
**1201 NE 26th St Ste 103**
**Fort Lauderdale, FL 33305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 4:16-bk-13418-BMW    Doc 58    Filed 12/07/16    Entered 12/07/16 16:44:52    Desc
Main Document        Page 37 of 92

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,756.24 |
|---|---|---|---|

**IMG College LLC**
**PO Box 16533**
**Palatine, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,236.58 |
|---|---|---|---|

**Laundry & Cleaners Equipment Co**
**402 S 50th St**
**Phoenix, AZ 85034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $406.25 |
|---|---|---|---|

**Leonardo Worldwide Coproration**
**PO Box 311116**
**Detroit, MI 48231-1116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,688.50 |
|---|---|---|---|

**Leslie's Swimming Pool Supplies Inc**
**PO Box 501162**
**Saint Louis, MO 63150-1162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,633.43 |
|---|---|---|---|

**Lodge In Tucson LLC**
**6030 E Cheney Drive**
**Paradise Valley, AZ 85253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.26 |
|---|---|---|---|

**M3 Accounting Services Inc**
**340 Jesse Jewell Pkwy SE**
**Suite 600**
**Gainesville, GA 30501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Mr. Beer**
**3366 N Dodge Blvd**
**Tucson, AZ 85716**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Advance deposit - Debtor intends to perform**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,302.54 |
|---|---|---|---|

**NAVIS**
389 SW Scalehouse Ct., Ste 100
Bend, OR 97702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Newman Sustaining Board**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Advance deposit - Debtor intends to perform_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.80 |
|---|---|---|---|

**Office Depot**
PO Box 70025
Los Angeles, CA 90074-0025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $675.77 |
|---|---|---|---|

**Open Table Inc**
PO Box 8395
Pasadena, CA 91109-8395

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,107.00 |
|---|---|---|---|

**ORR Textile**
4777 Blalock
Houston, TX 77041

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68.84 |
|---|---|---|---|

**Outlet Electrical Supply**
1258 E Prince Rd
Tucson, AZ 85719

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,014.34 |
|---|---|---|---|

**Paradigm Tax Group**
3200 N. Central Ave. Ste 300
Phoenix, AZ 85012

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,659.00 |
|---|---|---|---|
| | **Parker Smith & Feek**<br>**2233 112th Ave NE**<br>**Bellevue, WA 98004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $498.86 |
|---|---|---|---|
| | **Party Express Rental Eqpt Inc**<br>**3244 N Chapel**<br>**Tucson, AZ 85716-1414** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,884.68 |
|---|---|---|---|
| | **Plaza-Digital**<br>**Craig Paddock**<br>**10925 116th Terr**<br>**Overland Park, KS 66210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $545.02 |
|---|---|---|---|
| | **Pro Corp Events**<br>**21180 E Independence Way**<br>**Red Rock, AZ 85145-5003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|
| | **Puma Count Annual Volunteer** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Advance deposit - Debtor intends to perform** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $722.85 |
|---|---|---|---|
| | **QCOM Gourmet Foods**<br>**902 N 17th Ave**<br>**Phoenix, AZ 85007-2211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $671.00 |
|---|---|---|---|
| | **RAE-D8 Design**<br>**1434 S Park Grove Circle**<br>**Gilbert, AZ 85296** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41.40 |
|---|---|---|---|

**Regatta Travel Solutions**
**325 Winding River Lane**
**Suite 201B**
**Charlottesville, VA 22911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**Revinate Inc**
**PO Box 732056**
**Dallas, TX 75373-2056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,068.16 |
|---|---|---|---|

**Revpar Collective Inc**
**dba Stash Hotel Rewards**
**PO Box 101570**
**Pasadena, CA 91189-1570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,454.51 |
|---|---|---|---|

**Rocket Fuel Inc**
**PO Box 49191**
**San Jose, CA 95161-9191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $846.45 |
|---|---|---|---|

**Room Service Amenities**
**1010 Campus Drive West**
**Morganville, NJ 07751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,000.00 |
|---|---|---|---|

**RSM US LLP**
**501 N. 44th St, Ste 300**
**Phoenix, AZ 85008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,933.66 |
|---|---|---|---|

**Sabre Hospitality Solutions**
**7285 Collection Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Case 4:16-bk-13418-BMW    Doc 58    Filed 12/07/16    Entered 12/07/16 16:44:52    Desc
Main Document    Page 41 of 92

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,462.45 |
|---|---|---|---|

**Sage Tax Group II LLC**
**1773 E Prince Rd**
**Tucson, AZ 85719-1926**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,128.64 |
|---|---|---|---|

**Santa Monica Seafood**
**18531 S Broadway St**
**Compton, CA 90220-6440**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**SATPAC**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  Advance deposit - Debtor intends to perform

Is the claim subject to offset? ■ No ☐ Yes

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,197.66 |
|---|---|---|---|

**Service Solutions Group LLC**
**6000 Paysphere Circle**
**Chicago, IL 60674**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,017.57 |
|---|---|---|---|

**Shamrock Food Company Inc**
**PO Box 52438**
**Phoenix, AZ 85072-2438**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Sharpvan LLC**
**22827 N 73rd Dr**
**Glendale, AZ 85310**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $502.01 |
|---|---|---|---|

**Simplex Grinnell LP Inc**
**Dept CH 10320**
**Palatine, IL 60055-0320**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,693.94 |
|---|---|---|---|

**Sky Touch Technology**
**ATTN: Billing**
**4225 E. Windrose Dr**
**Phoenix, AZ 85053-7572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $464.67 |
|---|---|---|---|

**Slow Food Tucson**
**2648 E 7th St**
**Tucson, AZ 85716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,888.25 |
|---|---|---|---|

**Sojern Inc**
**Dept CH 16895**
**Palatine, IL 60055-6895**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210.46 |
|---|---|---|---|

**Spirit Hair Skin & Nail**
**2567 N Campbell Ave**
**Tucson, AZ 85719-3364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $529.71 |
|---|---|---|---|

**Squirrel Systems**
**PMB 740 250 H St**
**Blaine, WA 98230-4033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,050.96 |
|---|---|---|---|

**Standard Dental**
**PO Box 82588**
**Lincoln, NE 68501-2588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Dental Insurance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $986.94 |
|---|---|---|---|

**Standard Restaurant Equipment Co**
**879 S 4400 W**
**Salt Lake City, UT 84104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case 4:16-bk-13418-BMW    Doc 58    Filed 12/07/16    Entered 12/07/16 16:44:52    Desc
Main Document     Page 43 of 92

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,071.06 |
|---|---|---|---|

**Standard Textile**
**Box 0302**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,398.57 |
|---|---|---|---|

**Stanley Convergent Security**
**Solutions Inc**
**Dept CH 10651**
**Palatine, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $902.91 |
|---|---|---|---|

**Stern Produce**
**3200 S 7th St**
**Phoenix, AZ 85040-1117**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $434.69 |
|---|---|---|---|

**Symetra Life Insurance**
**PO Box 1491**
**Minneapolis, MN 55480-1491**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $340.76 |
|---|---|---|---|

**Sysco dba Guest Supply**
**PO Box 910**
**Monmouth Junction, NJ 08852-0910**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,998.61 |
|---|---|---|---|

**Sysco Food Services of Arizona**
**PO Box 23430**
**Phoenix, AZ 85063**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $696.58 |
|---|---|---|---|

**The Temp Connection**
**4526 E Camp Lowell Dr**
**Tucson, AZ 85712**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,811.61 |
|---|---|---|---|

**Thrive Advertising LLC**
22625 262nd Ave SE
Maple Valley, WA 98038-6781

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,085.76 |
|---|---|---|---|

**Travel Outlook**
PO Box 5154
Santa Fe, NM 87502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,624.18 |
|---|---|---|---|

**TravelClick Inc**
PO Box 71199
Chicago, IL 60694-1199

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $550.00 |
|---|---|---|---|

**Tucson High School Reunion '62**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: Advance deposit - Debtor intends to perform

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $655.00 |
|---|---|---|---|

**Tucson Metropolitan Chamber**
PO Box 991
Tucson, AZ 85702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Tucson Tallow Co, Inc**
3928 N Fairview Ave
Tucson, AZ 85705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $72.00 |
|---|---|---|---|

**Tucson Youth Football & Spirit**
Box 30236
Tucson, AZ 85751

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.108** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$787.50** |

**3.108** Nonpriority creditor's name and mailing address

**UNIFOCUS Texas LP**
**2455 McIver Lane**
**Carrollton, TX 75006**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$787.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** Nonpriority creditor's name and mailing address

**United Beverage Gas**
**Phoenix Welding Supply Co**
**4550 S Country Club**
**Tucson, AZ 85714**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$129.72**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** Nonpriority creditor's name and mailing address

**United Laboratories**
**PO Box 410**
**Saint Charles, IL 60174-0410**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$1,345.04**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** Nonpriority creditor's name and mailing address

**University of Arizona**
**Dept of Lunar & Planetary**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$250.00**
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Advance deposit - Debtor intends to perform_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** Nonpriority creditor's name and mailing address

**University of Arizona Retiree Assoc'n**
**1717 E Speedway Blvd**
**Babcock Bldg, Rm 3105**
**Tucson, AZ 85733-2391**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$250.00**
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Advance deposit - Debtor intends to perform_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** Nonpriority creditor's name and mailing address

**Unknown Holders of Certificates/Coupons**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Various holders of gift certificates and hotel certificates. Unredeemed Groupon and Living Social Coupons. See attached._

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** Nonpriority creditor's name and mailing address

**US Foods**
**PO Box 52531**
**Phoenix, AZ 85072-2531**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$42.27**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $209.15 |
|---|---|---|---|

**Village Bakehouse and Sales LLC**
7882 N Oracle Rd
Tucson, AZ 85704-6315

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $203.00 |
|---|---|---|---|

**Villas Ice**
PO Box 27422
Tucson, AZ 85726

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,378.06 |
|---|---|---|---|

**Waste Management of Arizona Inc**
PO Box 78251
Phoenix, AZ 85062-8251

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $196.08 |
|---|---|---|---|

**Wedding Pages LLC**
ATTN Accts Receivable Dept
11106 Mockingbird Dr
Omaha, NE 68137-2331

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,417.50 |
|---|---|---|---|

**WeddingWire Inc**
ATTN: Accts Receivable
2 Wisconsin Circle, 3rd Floor
Chevy Chase, MD 20815

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Wells Fargo Bank NA**
MAC T419-017
PO Box 34524
San Antonio, TX 78265

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,336.00 |
|---|---|---|---|

**White Tie Productions LLC**
5555 N 7th St, Ste 108
Phoenix, AZ 85014

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.55 |
| --- | --- | --- | --- |
| | **Wildflower Bread Company** | ☐ Contingent | |
| | **7755 E Gray Rd** | ☐ Unliquidated | |
| | **Scottsdale, AZ 85260** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,478.00 |
| --- | --- | --- | --- |
| | **William Roam** | ☐ Contingent | |
| | **3131 N Franklin Rd, Ste C1** | ☐ Unliquidated | |
| | **Indianapolis, IN 46226** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $379.94 |
| --- | --- | --- | --- |
| | **Williamson's Heating and Cooling** | ☐ Contingent | |
| | **2110 S Alvernon Way** | ☐ Unliquidated | |
| | **Tucson, AZ 85711** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,735.82 |
| --- | --- | --- | --- |
| | **Write-On Marketing Communications** | ☐ Contingent | |
| | **4141 N Camino Ferrea** | ☐ Unliquidated | |
| | **Tucson, AZ 85750-6358** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.59 |
| --- | --- | --- | --- |
| | **Zee Medical Inc** | ☐ Contingent | |
| | **PO Box 204683** | ☐ Unliquidated | |
| | **Dallas, TX 75320** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Late fee_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.1 | **Arizona Dept of Revenue**<br>**TPT-1**<br>**PO Box 29010**<br>**Phoenix, AZ 85038-9010** | Line **2.3**<br><br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
| --- | --- | --- | --- |
| 5a. Total claims from Part 1 | 5a. | $ | 188,868.13 |
| 5b. Total claims from Part 2 | 5b. + | $ | 448,285.74 |

Case 4:16-bk-13418-BMW    Doc 58    Filed 12/07/16    Entered 12/07/16 16:44:52    Desc
Main Document     Page 48 of 92

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $         **637,153.87**

Debtor name   **LODGE PARTNERS, L.L.C**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known)   **4:16-bk-13418-BMW**

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest     **Computer services**<br><br>    State the term remaining<br><br>    List the contract number of any government contract | **Acacia Information**<br>**7739 E Broadway Blvd**<br>**Tucson, AZ 85710** |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest     **Linen service**<br><br>    State the term remaining<br><br>    List the contract number of any government contract | **Ameripride Services Inc**<br>**PO Box 3010**<br>**Bemidji, MN 56619-3010** |
| **2.3.**  State what the contract or lease is for and the nature of the debtor's interest     **Room reservations**<br><br>    State the term remaining<br><br>    List the contract number of any government contract | **Booking.com**<br>**Box 740401**<br>**Los Angeles, CA 90074** |
| **2.4.**  State what the contract or lease is for and the nature of the debtor's interest     **Hotel management and accounting per services agreement.**<br><br>    State the term remaining<br><br>    List the contract number of any government contract | **Coastal Hotel Group LLC**<br>**NC Lodging LLC**<br>**15375 SE 30th Place, Ste 290**<br>**Bellevue, WA 98007-6500** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Phone, Internet, and Cable TV** | |
|---|---|---|---|
| | State the term remaining | | **Cox Communications**<br>**ACCTS #1701 & #1501**<br>**PO Box 53249**<br>**Phoenix, AZ 85072-3249** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Marketing services.** | |
|---|---|---|---|
| | State the term remaining | | **CVENT**<br>**PO Box 822699**<br>**Philadelphia, PA 19182-2699** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Dishwasher** | |
|---|---|---|---|
| | State the term remaining | | **Ecolab Inc**<br>**PO Box 100512**<br>**Pasadena, CA 91189-0512** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Extermination service** | |
|---|---|---|---|
| | State the term remaining | | **Ecolab Pest Eliminationation Div Inc**<br>**Ecolab Inc**<br>**26252 Network Place**<br>**Chicago, IL 60673-1262** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Credit card merchant services** | |
|---|---|---|---|
| | State the term remaining | | **Eliot Management Group**<br>**5151 E Broadway Blvd**<br>**Suite 790**<br>**Tucson, AZ 85711** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle retrieved by Enterprise** | |
|---|---|---|---|
| | State the term remaining | | **Enterprise Rent-A-Car**<br>**Enterprise Leasing Company of Phoenix**<br>**144 W Auto Drive**<br>**Tempe, AZ 85284-1015** |
| | List the contract number of any | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | government contract | |
|---|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Landscaping** | |
|---|---|---|---|
| | State the term remaining | | **Environmental Earthscapes Inc** |
| | List the contract number of any government contract | | **PO Box 43820** |
| | | | **Tucson, AZ 85733-3820** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Room reservations** | |
|---|---|---|---|
| | State the term remaining | | **Expedia (For legal notices)** |
| | List the contract number of any government contract | | **Attn:  Legal Department** |
| | | | **333 108th Avenue NE** |
| | | | **Bellevue, WA 98004** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Copier** | |
|---|---|---|---|
| | State the term remaining | | **GE Captial c/o RICOH USA Program** |
| | List the contract number of any government contract | | **PO Box 650073** |
| | | | **Dallas, TX 75265-0073** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Room reservations** | |
|---|---|---|---|
| | State the term remaining | | **Groupon Getaways Inc** |
| | List the contract number of any government contract | | **600 W Chicago Ave** |
| | | | **Chicago, IL 60654** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Marketing sponsorship** | |
|---|---|---|---|
| | State the term remaining | | **IMG College LLC** |
| | List the contract number of any government contract | | **PO Box 16533** |
| | | | **Palatine, IL 60055** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Online merchandising** | **Leonardo Worldwide Corporation** |
|---|---|---|---|
| | | | **PO Box 311116** |
| | | | **Detroit, MI 48231-1116** |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
    government contract

---

**2.17.** State what the contract or lease is for and the nature of the debtor's interest — **Financing accounting system license**

State the term remaining

List the contract number of any government contract

**M3 Accounting Services Inc**
**340 Jesse Jewell Pkwy SE**
**Suite 600**
**Gainesville, GA 30501**

---

**2.18.** State what the contract or lease is for and the nature of the debtor's interest — **Restaurant reservations software and equipment**

State the term remaining

List the contract number of any government contract

**Open Table Inc**
**PO Box 8395**
**Pasadena, CA 91109-8395**

---

**2.19.** State what the contract or lease is for and the nature of the debtor's interest — **Travel agent payment service**

State the term remaining

List the contract number of any government contract

**Perot Systems**
**13880 Dulles Corner Lane**
**Herndon, VA 20171**

---

**2.20.** State what the contract or lease is for and the nature of the debtor's interest — **Website**

State the term remaining

List the contract number of any government contract

**Plaza-Digital**
**Craig Paddock**
**10925 116th Terr**
**Overland Park, KS 66210**

---

**2.21.** State what the contract or lease is for and the nature of the debtor's interest — **Payroll processing**

State the term remaining

List the contract number of any government contract

**Proliant/Attendance on Demand**
**2056 Westings Ave, #300**
**Naperville, IL 60563**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Case 4:16-bk-13418-BMW    Doc 58    Filed 12/07/16    Entered 12/07/16 16:44:52    Desc
Main Document    Page 53 of 92

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Social media management** | |
|---|---|---|---|
| | State the term remaining | | **Revinate Inc.**<br>**PO Box 732056**<br>**Dallas, TX 75373-2056** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Guest loyalty program** | |
|---|---|---|---|
| | State the term remaining | | **Revpar Collective Inc**<br>**dba Stash Hotel Rewards**<br>**PO Box 101570**<br>**Pasadena, CA 91189-1570** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Reservation system license and support** | |
|---|---|---|---|
| | State the term remaining | | **Sabre Hospitality Solutions**<br>**7285 Collection Center Dr**<br>**Chicago, IL 60693** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Sales contracting** | |
|---|---|---|---|
| | State the term remaining | | **Salesforce**<br>**The Landmark at One Market**<br>**#300**<br>**San Francisco, CA 94105** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Credit card processing** | |
|---|---|---|---|
| | State the term remaining | | **Shift4**<br>**1491 Center Crossing Road**<br>**Las Vegas, NV 89144** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Annual testing for fire alarm and sprinklers** | |
|---|---|---|---|
| | State the term remaining | | **Simplex Grinnell LP Inc**<br>**Dept CH 10320**<br>**Palatine, IL 60055-0320** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Case 4:16-bk-13418-BMW    Doc 58    Filed 12/07/16    Entered 12/07/16 16:44:52    Desc
Main Document    Page 54 of 92

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Property management system** | |
|---|---|---|---|
| | State the term remaining | | **Sky Touch Technology**<br>**ATTN: Billing**<br>**4225 E. Windrose Drive**<br>**Phoenix, AZ 85053-7572** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Point of sale maintenance** | |
|---|---|---|---|
| | State the term remaining | | **Squirrel Systems**<br>**PMB 740 250 H St**<br>**Blaine, WA 98230-4033** |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Point of sale** | |
|---|---|---|---|
| | State the term remaining | | **Squirrel Systems**<br>**PMB 740 250 H St**<br>**Blaine, WA 98230-4033** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Fire alarm monitoring service** | |
|---|---|---|---|
| | State the term remaining | | **Stanley Convergent Security Solutions Inc**<br>**Dept CH 10651**<br>**Palatine, IL 60055** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Reservation call center** | |
|---|---|---|---|
| | State the term remaining | | **Travel Outlook**<br>**PO Box 5154**<br>**Santa Fe, NM 87502** |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Software and support** | **UniFocus LP**<br>**1330 Capital Parkway**<br>**Carrollton, TX 75006** |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Case 4:16-bk-13418-BMW    Doc 58    Filed 12/07/16    Entered 12/07/16 16:44:52    Desc
Main Document    Page 55 of 92

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Waste Management of Arizona Inc**<br>**PO Box 78251**<br>**Phoenix, AZ 85062-8251** |

Debtor name **LODGE PARTNERS, L.L.C**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) **4:16-bk-13418-BMW**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Daniel J. Donahoe III** | **7114 E. Stetson Dr., #205 Scottsdale, AZ 85251** | **Palatine Tucson LLC** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 **Daniel J. Donahoe III** | **7114 E. Stetson Dr., #205 Scottsdale, AZ 85251** | **RSM US LLP** | ☐ D _____ <br> ■ E/F __3.78__ <br> ☐ G _____ |

Case 4:16-bk-13418-BMW    Doc 58    Filed 12/07/16    Entered 12/07/16 16:44:52    Desc
Main Document    Page 57 of 92

Debtor name   **LODGE PARTNERS, L.L.C**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known)   **4:16-bk-13418-BMW**

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$3,238,024.19** |
   | **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$3,626,145.00** |
   | **For year before that:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$3,211,890.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **See attached list of creditors** | | **$272,703.69** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |

**4.**  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Daniel J. Donahoe, III**<br>**7114 Stetson Dr., Suite 205**<br>**Scottsdale, AZ 85251**<br>**President of Member/Manager**<br>**corporation, Daybreak Investments,**<br>**Inc.** | **May 27, 2016** | **$547.15** | **Gas receipts for travel to hotel** |
| 4.2.  **Wells Fargo Bank NA**<br>**MAC T419-017**<br>**PO Box 34524**<br>**San Antonio, TX 78265** | **April 2016** | **$120,895.18** | **Annual payment** |
| 4.3.  **Palatine Tucson LLC**<br>**Attn: Pravin Pranav**<br>**6281 Beach Park Blvd, Suite 331**<br>**Lawndale, CA 90261** | **September**<br>**2016 - two**<br>**payments**<br>**made**<br>**$144,000 and**<br>**$15,000** | **$159,000.00** | **Annual payment** |

**5.**  **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.**  **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

**Part 3:**  Legal Actions or Assignments

**7.**  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Case 4:16-bk-13418-BMW    Doc 58   Filed 12/07/16   Entered 12/07/16 16:44:52   Desc
Main Document    Page 59 of 92

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Palatine Tucson LLC v. Lodge Partners, L.L.C.<br>C20164881 | Civil - Receivership | Pima County Superior Court<br>110 W Congress Street<br>Tucson, AZ 85701 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Palatine Tucson LLC vs. Lodge Partners, L.L.C. | Foreclosure - Recorded on October 3, 2016 at Sequence 20162770179 | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Lodge Partners, L.L.C. v. Hickam Arnold & Associates LLC and Hiller & Sons Painting (and related third party claim)<br>C20144796 | Civil - Breach of Contract and Breach of Warranty. See Schedule A/B. | Pima County Superior Court<br>110 W Congress Street<br>Tucson, AZ 85701 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | Theresa Brooke v. Lodge Partners, L.L.C.<br>4:15-cv-00421-HRH | Civil | U.S. District Court District of Arizona<br>405 W. Congress, Suite 1500<br>Tucson, AZ 85701 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. | Caneil A. Hunter v. Coastal Hotel Group, Inc.<br>ACRD No.: T16-0155 | Civil rights claim | Office of the Arizona Attorney General<br>Civil Rights Division<br>400 W. Congress, South Bldg, Suite S-215<br>Tucson, AZ 85701 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Trigild Incorporated**<br>9339 Genesee Avenue #130<br>San Diego, CA 92121 | **All personal property and real property of the Debtor** | $0.00 |
| | **Case title**<br>Palatine Tucson, LLC v. Lodge Partners | **Court name and address**<br>Pima County Superior Court<br>110 W. Congress Street<br>Tucson, AZ 85701 |
| | **Case number**<br>C20164881 | |
| | **Date of order or assignment**<br>November 18, 2016 | |

**Part 4:** Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Mesch Clark Rothschild**<br>**259 N. Meyer Avenue**<br>**Tucson, AZ 85701-1090** | **Attorney Fees** | **November 18, 2016** | **$100,000.00** |
| | Email or website address<br>**ecfbk@mcrazlaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Mesch Clark Rothschild**<br>**259 N Meyer Avenue**<br>**Tucson, AZ 85701** | **Attorney fees** | **April 14, 2016** | **$20,000.00** |
| | Email or website address | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

## Part 7:  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.

☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and<br>Address | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

### Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

□ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Helen Clark Donahoe Irrevocable Trust c/o Jay Eaton 115 N Grove Prescott, AZ 86301 | 306 N Alvernon Way Tucson, AZ 85711 | See attached list of art work | Unknown |

### Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
□ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
□ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Michael E. Hendricks CPA**<br>**4310 N. 75th Street, Suite D**<br>**Scottsdale, AZ 85251** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Michel E. Hendricks CPA**<br>**4310 N. 75th Street, Suite D**<br>**Scottsdale, AZ 85251** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

Case 4:16-bk-13418-BMW    Doc 58    Filed 12/07/16    Entered 12/07/16 16:44:52    Desc
Main Document        Page 64 of 92

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Trigild** | **December 6, 2016** | **$330,000** |

| | Name and address of the person who has possession of inventory records | | |
|---|---|---|---|
| | **Lodge Partners LLC** **306 N Alvernon Way** **Tucson, AZ 85711** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John E. Rutherford II | 2 Alto Court Placitas, NM 87043 | **Manager** | 0 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Daniel J. Donahoe III Revocable Trust** | **7114 E Stetson Drive, Suite 205 Scottsdale, AZ 85251** | **President of Managing Member Daybreak Investments Inc.** | **March 3, 1997 - November 23, 2016** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Daybreak Investments** | **7114 E Stetson Dr, Ste 205 Scottsdale, AZ 85251** | **Manager** | **March 3, 1997 - November 23, 2016** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Daybreak Investments Inc.** **7114 Stetson Drive, Suite 205 Scottsdale, AZ 85251** | **January 29, 2016 - $4,678.61** **February 26, 2016 - $5,708.00** **March 11, 2016 - $6,533.00** **May 6, 2016 - $9,023.00** **May 25, 2016 - $4,385.00** **June 3, 2016 - $5,567.00** | | **Asset management fees** |

| | Relationship to debtor | | | |
|---|---|---|---|---|
| | **Managing member of Debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                               Best Case Bankruptcy

�forms No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December  7, 2016**

**/s/ John E. Rutherford, II**                          **John E. Rutherford, II**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# DIP Operating Account
## LODGE PARTNERS LLC
### Check Register
From 8/23/2016 to 11/13/2016

| Date | Vendor | Type | Number | Amount |
|------|--------|------|--------|--------|
| 8/23/2016 | SQUIRREL SYSTEMS | Regular | 008038 | 706.28 |
| 8/23/2016 | TUCSON ELECTRIC POWER COMPANY | Regular | 008039 | 16,332.59 |
| 8/24/2016 | ENVIRONMENTAL EARTHSCAPES, INC. | Regular | 008040 | 1,600.00 |
| 8/24/2016 | OPEN TABLE, INC. | Regular | 008041 | 657.09 |
| 8/24/2016 | Sojern, Inc. | Regular | 008042 | 2,862.60 |
| 8/30/2016 | Arizona Attorney General | Regular | 008043 | 863.31 |
| 8/30/2016 | ARIZONA DEPT OF REVENUE | Regular | 008044 | 1,025.00 |
| 8/30/2016 | City of Tucson | Regular | 008045 | 2,500.00 |
| 9/2/2016 | ELIZABETH DICKINSON | Regular | 008046 | 841.19 |
| 9/2/2016 | LODGE ON THE DESERT-PETTY CASH | Regular | 008047 | 970.59 |
| 9/6/2016 | COLUMBUS GLASS & SCREEN | Manual | 000636 | 51.16 |
| 9/8/2016 | AZ PARTS MASTER | Manual | 000645 | 221.76 |
| 9/8/2016 | PARTY EXPRESS RENTAL EQUIPMENT INC | Manual | 000647 | 215.12 |
| 9/8/2016 | PARTY EXPRESS RENTAL EQUIPMENT INC | Manual | 000648 | 161.61 |
| 9/8/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 000649 | 306.53 |
| 9/8/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 000650 | 785.01 |
| 9/8/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 000651 | 494.71 |
| 9/8/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 000652 | 630.06 |
| 9/8/2016 | ARBUCKLES COFFEE ROASTERS | Manual | 000654 | 303.00 |
| 9/9/2016 | Ameripride Services, Inc. | Manual | 000655 | 594.22 |
| 9/9/2016 | HOME DEPOT | Manual | 000656 | 60.24 |
| 9/9/2016 | Expedia, Inc. | Regular | 008048 | 1,818.25 |
| 9/9/2016 | SYMETRA LIFE INSURANCE COMPANY | Regular | 008049 | 445.61 |
| 9/9/2016 | THE STANDARD | Regular | 008050 | 1,146.64 |
| 9/14/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 000653 | 614.19 |
| 9/16/2016 | ARIZONA DEPT OF REVENUE | ACH | 000207 | 0.00 |
| 9/16/2016 | City of Tucson | ACH | 000208 | 0.00 |
| 9/16/2016 | Republic Indemnity Company | Regular | 008051 | 3,361.80 |
| 9/19/2016 | SABRE HOSPITALITY SOLUTIONS | Regular | 008052 | 8,342.41 |
| 9/21/2016 | NAVIS | Regular | 008053 | 715.00 |
| 9/21/2016 | CITY OF TUCSON - WATER | Regular | 008054 | 4,939.47 |
| 9/23/2016 | SOUTHWEST GAS CORPORATION | Regular | 008055 | 2,229.09 |
| 9/23/2016 | TUCSON ELECTRIC POWER COMPANY | Regular | 008056 | 14,206.09 |
| 9/29/2016 | Arizona Attorney General | Regular | 008057 | 863.31 |
| 9/29/2016 | ARIZONA DEPT OF REVENUE | Regular | 008058 | 1,025.00 |
| 9/29/2016 | City of Tucson | Regular | 008059 | 2,500.00 |
| 9/30/2016 | Expedia, Inc. | ACH | 000209 | 0.00 |
| 9/30/2016 | ARIZONA DAILY STAR ATTN: ADVERTISING - BRIDAL DEPT | Regular | 008060 | 400.00 |
| 9/30/2016 | Cox Communications Phoenix | Regular | 008061 | 887.27 |
| 9/30/2016 | Cox Communications Phoenix | Regular | 008062 | 254.00 |
| 9/30/2016 | Cox Communications Phoenix | Regular | 008063 | 2,279.88 |
| 9/30/2016 | CVENT, Inc. | Regular | 008064 | 2,040.00 |
| 9/30/2016 | ELIZABETH DICKINSON | Regular | 008065 | 217.82 |
| 9/30/2016 | ENVIRONMENTAL EARTHSCAPES, INC. | Regular | 008066 | 1,774.10 |
| 9/30/2016 | LAUNDRY & CLEANERS EQUIPMENT CO | Regular | 008067 | 515.83 |
| 9/30/2016 | LODGE ON THE DESERT-PETTY CASH | Regular | 008068 | 148.33 |
| 9/30/2016 | OPEN TABLE, INC. | Regular | 008069 | 303.17 |
| 9/30/2016 | QCOM GOURMET FOODS | Regular | 008070 | 462.40 |
| 9/30/2016 | TripAdvisor LLC | Regular | 008071 | 418.35 |
| 9/30/2016 | WASTE MANAGEMENT OF ARIZONA INC. | Regular | 008072 | 877.41 |
| 10/4/2016 | ARIZONA DEPT OF REVENUE | ACH | 000210 | 0.00 |
| 10/4/2016 | City of Tucson | ACH | 000211 | 0.00 |
| 10/5/2016 | FEDEX | Regular | 008073 | 137.24 |
| 10/7/2016 | AMERICAN HOTEL REGISTER CO | Regular | 008074 | 1,546.66 |
| 10/7/2016 | Cox Communications Phoenix | Regular | 008075 | 2,311.14 |
| 10/7/2016 | Ecolab Inc. | Regular | 008076 | 1,064.94 |
| 10/7/2016 | ELIZABETH DICKINSON | Regular | 008077 | 305.14 |
| 10/7/2016 | Expedia, Inc. | Regular | 008078 | 3,529.33 |
| 10/7/2016 | JETLUX, INC | Regular | 008079 | 323.65 |

Payments to Creditors
w/n 90 days of Filing

| Date | Vendor | Type | Number | Amount |
|------|--------|------|--------|--------|
| 10/7/2016 | KR INTERIORS LTD | Regular | 008080 | 333.91 |
| 10/7/2016 | Lisa O'Brien Creative | Regular | 008081 | 237.50 |
| 10/7/2016 | LODGE ON THE DESERT-PETTY CASH | Regular | 008082 | 154.11 |
| 10/7/2016 | OPEN TABLE, INC. | Regular | 008083 | 294.92 |
| 10/7/2016 | Sky Touch Technology | Regular | 008084 | 846.97 |
| 10/7/2016 | SYMETRA LIFE INSURANCE COMPANY | Regular | 008085 | 478.97 |
| 10/7/2016 | SYSCO dba GUEST SUPPLY | Regular | 008086 | 594.32 |
| 10/7/2016 | THE STANDARD | Regular | 008087 | 1,170.64 |
| 10/7/2016 | THE TEMP CONNECTION | Regular | 008088 | 398.95 |
| 10/14/2016 | AMERICAN HOTEL REGISTER CO | Regular | 008089 | 1,527.10 |
| 10/14/2016 | Coastal Hotel Group | Regular | 008090 | 13,773.39 |
| 10/14/2016 | CITY OF TUCSON | Regular | 008091 | 549.00 |
| 10/14/2016 | dba Coastal Hotel Group, LLC | Regular | 008092 | 13,694.67 |
| 10/14/2016 | Cox Communications Phoenix | Regular | 008093 | 485.17 |
| 10/14/2016 | Cox Communications Phoenix | Regular | 008094 | 508.00 |
| 10/14/2016 | Cox Communications Phoenix | Regular | 008095 | 2,279.07 |
| 10/14/2016 | LAUNDRY & CLEANERS EQUIPMENT CO | Regular | 008096 | 520.45 |
| 10/14/2016 | METROPOLITAN TUCSON CONVENTION & VISITORS BUREAU | Regular | 008097 | 1,476.00 |
| 10/14/2016 | OGLETREE, DEAKINS, NASH, SMOAK, STEWART, P.C. | Regular | 008098 | 2,750.00 |
| 10/14/2016 | dba PLAZA DIGITAL | Regular | 008099 | 1,399.73 |
| 10/14/2016 | Republic Indemnity Company | Regular | 008100 | **VOID** |
| 10/14/2016 | SABRE HOSPITALITY SOLUTIONS | Regular | 008101 | 3,062.04 |
| 10/14/2016 | Sky Touch Technology | Regular | 008102 | 846.97 |
| 10/14/2016 | TRAVEL OUTLOOK | Regular | 008103 | 3,453.34 |
| 10/14/2016 | WEST-PRESS | Regular | 008104 | 1,057.84 |
| 10/19/2016 | dba Ecolab Pest Elimination Div Inc | ACH | 000212 | 0.00 |
| 10/19/2016 | Sojern, Inc. | Regular | 008105 | 3,941.70 |
| 10/24/2016 | Booking.com BV | Regular | 008106 | 3,738.50 |
| 10/24/2016 | CITY OF TUCSON - WATER | Regular | 008107 | 4,558.89 |
| 10/24/2016 | dba Coastal Hotel Group, LLC | Regular | 008108 | 9,165.02 |
| 10/24/2016 | Ecolab Inc. | Regular | 008109 | 99.21 |
| 10/24/2016 | dba Ecolab Pest Elimination Div Inc | Regular | 008110 | 886.22 |
| 10/24/2016 | Leonardo Worldwide Corporation | Regular | 008111 | 162.50 |
| 10/24/2016 | NAVIS | Regular | 008112 | 515.00 |
| 10/24/2016 | dba PLAZA DIGITAL | Regular | 008113 | 1,507.34 |
| 10/24/2016 | SOUTHWEST GAS CORPORATION | Regular | 008114 | 1,801.02 |
| 10/24/2016 | SYSCO dba GUEST SUPPLY | Regular | 008115 | 800.29 |
| 10/24/2016 | TUCSON ELECTRIC POWER COMPANY | Regular | 008116 | 11,657.57 |
| 10/25/2016 | ARIZONA DEPT OF REVENUE | Regular | 008117 | **VOID** |
| 10/27/2016 | Expedia, Inc. | ACH | 000213 | 2,022.00 |
| 10/28/2016 | Arizona Attorney General | Regular | 008118 | 863.31 |
| 10/28/2016 | ARIZONA DEPT OF REVENUE | Regular | 008119 | 1,025.00 |
| 10/28/2016 | City of Tucson | Regular | 008120 | **VOID** |
| 10/28/2016 | dba Coastal Hotel Group, LLC | Regular | 008121 | 639.84 |
| 10/28/2016 | Ecolab Inc. | Regular | 008122 | 1,633.93 |
| 10/28/2016 | ENVIRONMENTAL EARTHSCAPES, INC. | Regular | 008123 | 1,600.00 |
| 10/28/2016 | M3 Accounting Services Inc | Regular | 008124 | 375.38 |
| 10/28/2016 | PARKER SMITH & FEEK, INC. | Regular | 008125 | 5,320.00 |
| 10/28/2016 | THE STANDARD | Regular | 008126 | 991.04 |
| 10/28/2016 | Tucson Commercial Carpet | Regular | 008127 | 1,325.00 |
| 10/28/2016 | WASTE MANAGEMENT OF ARIZONA INC. | Regular | 008128 | 877.48 |
| 10/28/2016 | ARIZONA DEPT OF REVENUE | Regular | 008129 | 756.30 |
| 10/31/2016 | Arizona Unclaimed Property Unit | Regular | 008130 | 619.87 |
| 11/1/2016 | City of Tucson | Manual | 110116 | 15,016.85 |
| 11/2/2016 | City of Tucson | ACH | 000214 | 0.00 |
| 11/2/2016 | ARIZONA DEPT OF REVENUE | ACH | 000215 | 0.00 |
| 11/4/2016 | Booking.com BV | ACH | 000216 | 2,023.89 |
| 11/4/2016 | ARIZONA SMALL BUSINESS ASSOCIATION | Regular | 008131 | **VOID** |
| 11/4/2016 | BART LASNER | Regular | 008132 | 161.73 |
| 11/4/2016 | CEDARBROOK LODGE | Regular | 008133 | 595.00 |
| 11/4/2016 | Coastal Hotel Group | Regular | 008134 | 26,074.31 |
| 11/4/2016 | dba Coastal Hotel Group, LLC | Regular | 008135 | 17,282.03 |
| 11/4/2016 | DAN DONAHOE | Regular | 008136 | **VOID** |

Lodge Partners, LLC

Payments to Creditors
w/n 90 days of Filing

| Date | Vendor | Type | Number | Amount |
|------|--------|------|--------|--------|
| 11/4/2016 | ELIZABETH DICKINSON | Regular | 008137 | 706.00 |
| 11/4/2016 | GROUP SALES USA | Regular | 008138 | 480.60 |
| 11/4/2016 | idesign LLC | Regular | 008139 | **VOID** |
| 11/4/2016 | IGLTA | Regular | 008140 | **VOID** |
| 11/4/2016 | LAUNDRY & CLEANERS EQUIPMENT CO | Regular | 008141 | 250.00 |
| 11/4/2016 | LODGE ON THE DESERT-PETTY CASH | Regular | 008142 | **VOID** |
| 11/4/2016 | NAVIS | Regular | 008143 | **VOID** |
| 11/4/2016 | OPEN TABLE, INC. | Regular | 008144 | **VOID** |
| 11/4/2016 | PARKER SMITH & FEEK, INC. | Regular | 008145 | 2,659.00 |
| 11/4/2016 | REGATTA TRAVEL SOLUTIONS | Regular | 008146 | **VOID** |
| 11/4/2016 | REVPAR COLLECTIVE INC dba STASH HOTEL REWARDS | Regular | 008147 | **VOID** |
| 11/4/2016 | SABRE HOSPITALITY SOLUTIONS | Regular | 008148 | 4,069.67 |
| 11/4/2016 | SYMETRA LIFE INSURANCE COMPANY | Regular | 008149 | 366.06 |
| 11/4/2016 | THE TEMP CONNECTION | Regular | 008150 | **VOID** |
| 11/4/2016 | TRAVEL OUTLOOK | Regular | 008151 | **VOID** |
| 11/4/2016 | TUCSON METROPOLITAN CHAMBER | Regular | 008152 | **VOID** |
| 11/4/2016 | VILLAS ICE | Regular | 008153 | **VOID** |
| 11/4/2016 | WHITE TIE PRODUCTIONS LLC | Regular | 008154 | **VOID** |
| 11/8/2016 | FEDEX | Regular | 008155 | 57.49 |
| 11/9/2016 | Arizona Attorney General | Regular | 008156 | **VOID** |
| 11/11/2016 | ELIZABETH DICKINSON | Regular | 008157 | **VOID** |
| | | | | **272,703.69** |

# DIP Manager Account
## Lodge on the Desert
### Check Register
From 8/23/2016 to 11/13/2016

| Date Vendor | Type | Number | Amount |
|---|---|---|---|
| 8/23/2016 BLESSING FOODS | Manual | 004437 | 240.79 |
| 8/24/2016 J&D STEAM CLEANING | Manual | 004438 | 350.00 |
| 8/24/2016 AM PM SYSTEMS ARIZONA LLC | Manual | 004439 | 773.00 |
| 8/24/2016 BLESSING FOODS | Manual | 004440 | 855.72 |
| 8/25/2016 HEMCO ELECTRIC MOTOR SALES & REPAIR | Manual | 004491 | 23.30 |
| 9/13/2016 BLESSING FOODS | Manual | 004541 | 185.90 |
| 9/14/2016 ALLIANCE BEVERAGE DISTRIBUTING | Manual | 004542 | 395.58 |
| 9/14/2016 ALLIANCE BEVERAGE DISTRIBUTING | Manual | 004543 | 184.00 |
| 9/14/2016 BLESSING FOODS | Manual | 004544 | 125.00 |
| 9/15/2016 HOME DEPOT | Manual | 004545 | 120.54 |
| 9/15/2016 HENSLEY BEVERAGE COMPANY | Manual | 004546 | 134.00 |
| 9/15/2016 SOUTHERN WINE & SPIRITS OF ARIZONA | Manual | 004547 | 347.89 |
| 9/15/2016 ARBUCKLES COFFEE ROASTERS | Manual | 004548 | 247.00 |
| 9/16/2016 SHARPVAN LLC | Manual | 004549 | 70.50 |
| 10/1/2016 F&S DISTRIBUTORS INC. | Manual | 004550 | 203.05 |
| 10/1/2016 F&S DISTRIBUTORS INC. | Manual | 004551 | 177.89 |
| 9/16/2016 MASON LOPEZ | Manual | 004552 | 66.16 |
| 9/16/2016 Ameripride Services, Inc. | Manual | 004553 | 345.21 |
| 9/16/2016 Ameripride Services, Inc. | Manual | 004554 | 346.17 |
| 9/17/2016 ALEJANDROS TORTILLA & BAKERY | Manual | 004557 | 76.25 |
| 9/17/2016 BLESSING FOODS | Manual | 004558 | 108.46 |
| 9/19/2016 VILLAS ICE | Manual | 004559 | 35.00 |
| 9/19/2016 WHITE TIE PRODUCTIONS LLC | Manual | 004560 | 160.00 |
| 9/19/2016 HOME DEPOT | Manual | 004561 | 12.92 |
| 9/19/2016 F&S DISTRIBUTORS INC. | Manual | 004562 | 337.51 |
| 9/20/2016 ARIZONA DEPT OF REVENUE | Manual | 4563 | 11,800.57 |
| 9/20/2016 SYSCO FOOD SERVICES OF ARIZONA | Manual | 004564 | 1,005.26 |
| 9/20/2016 SYSCO FOOD SERVICES OF ARIZONA | Manual | 004565 | 31.59 |
| 9/20/2016 SYSCO FOOD SERVICES OF ARIZONA | Manual | 004566 | 703.26 |
| 9/20/2016 SYSCO FOOD SERVICES OF ARIZONA | Manual | 004567 | 605.44 |
| 9/20/2016 SYSCO FOOD SERVICES OF ARIZONA | Manual | 004568 | 258.46 |
| 9/20/2016 FINLEY DISTRIBUTING CO. INC. | Manual | 004570 | 193.00 |
| 9/20/2016 FINLEY DISTRIBUTING CO. INC. | Manual | 004571 | 343.10 |
| 9/20/2016 SYSCO FOOD SERVICES OF ARIZONA | Manual | 004572 | 865.00 |
| 9/21/2016 HENSLEY BEVERAGE COMPANY | Manual | 004576 | 102.00 |
| 9/21/2016 HENSLEY BEVERAGE COMPANY | Manual | 004577 | 139.60 |
| 9/21/2016 dba Cartridge World Tucson | Manual | 004578 | 91.85 |
| 9/21/2016 LOEWS | Manual | 004579 | 70.74 |
| 9/21/2016 AUDIO VISUAL MANAGEMENT SOLUTIONS | Manual | 004580 | 110.00 |
| 9/21/2016 US FOODS | Manual | 004581 | 558.69 |
| 9/21/2016 US FOODS | Manual | 004582 | 470.98 |
| 9/21/2016 SYSCO FOOD SERVICES OF ARIZONA | Manual | 004583 | 1,515.10 |
| 9/21/2016 SYSCO FOOD SERVICES OF ARIZONA | Manual | 004584 | 369.68 |
| 9/21/2016 SYSCO FOOD SERVICES OF ARIZONA | Manual | 004585 | 266.79 |
| 9/21/2016 SYSCO FOOD SERVICES OF ARIZONA | Manual | 004586 | 292.50 |
| 9/21/2016 SYSCO FOOD SERVICES OF ARIZONA | Manual | 004587 | 35.61 |
| 9/21/2016 SYSCO FOOD SERVICES OF ARIZONA | Manual | 004588 | 819.38 |
| 9/21/2016 US FOODS | Manual | 004589 | 71.81 |
| 9/21/2016 US FOODS | Manual | 004590 | 180.90 |
| 9/21/2016 BLESSING FOODS | Manual | 004591 | 14.85 |
| 9/22/2016 WHITE TIE PRODUCTIONS LLC | Manual | 004592 | 413.60 |
| 9/22/2016 ARBUCKLES COFFEE ROASTERS | Manual | 004593 | 396.25 |
| 9/23/2016 BLESSING FOODS | Manual | 004594 | 199.60 |
| 9/1/2016 SILVERADO ROOTER & PLUMBING | Manual | 004595 | 155.95 |
| 9/27/2016 CASCADE ELECTRIC | Manual | 004596 | 150.00 |
| 9/23/2016 Ameripride Services, Inc. | Manual | 004597 | 44.35 |
| 9/23/2016 Ameripride Services, Inc. | Manual | 004598 | 56.24 |
| 9/23/2016 Ameripride Services, Inc. | Manual | 004599 | 328.17 |
| 9/24/2016 US FOODS | Manual | 004601 | 157.13 |

Payments to Creditors
w/n 90 Days of Filing

| Date | Vendor | Type | Number | Amount |
|------|--------|------|--------|--------|
| 9/24/2016 | US FOODS | Manual | 004602 | 323.67 |
| 9/24/2016 | US FOODS | Manual | 004603 | 717.58 |
| 9/26/2016 | HOME DEPOT | Manual | 004604 | 82.68 |
| 9/26/2016 | LESLIE'S SWIMMING POOL SUPPLIES INC | Manual | 004605 | 30.25 |
| 10/31/2016 | ARIZONA DEPARTMENT OF LIQUOR | Manual | 004606 | 250.00 |
| 9/26/2016 | US FOODS | Manual | 004607 | 519.61 |
| 9/26/2016 | US FOODS | Manual | 004608 | 116.81 |
| 9/26/2016 | US FOODS | Manual | 004609 | 296.00 |
| 9/27/2016 | STANDARD RESTAURANT EQUIPMENT CO. | Manual | 004610 | 72.89 |
| 9/27/2016 | BLESSING FOODS | Manual | 004611 | 98.44 |
| 9/27/2016 | ALEJANDROS TORTILLA & BAKERY | Manual | 004612 | 67.00 |
| 9/27/2016 | ALLIANCE BEVERAGE DISTRIBUTING | Manual | 004613 | 238.78 |
| 9/27/2016 | YOUNG'S MARKE CO. OF ARIZONA | Manual | 004614 | 222.00 |
| 10/1/2016 | STANLEY STEEMER OF TUCSON | Manual | 004615 | 192.92 |
| 9/28/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 004616 | 306.77 |
| 9/28/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 004617 | 832.96 |
| 9/20/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 004618 | 586.73 |
| 9/29/2016 | BLESSING FOODS | Manual | 004619 | 153.98 |
| 9/29/2016 | CASCADE ELECTRIC | Manual | 004620 | 75.00 |
| 9/30/2016 | SOUTHERN WINE & SPIRITS OF ARIZONA | Manual | 004621 | 470.44 |
| 9/30/2016 | ALLIANCE BEVERAGE DISTRIBUTING | Manual | 004622 | 184.00 |
| 9/30/2016 | ALLIANCE BEVERAGE DISTRIBUTING | Manual | 004623 | 489.70 |
| 10/1/2016 | SILVERADO ROOTER & PLUMBING | Manual | 004624 | 84.95 |
| 9/30/2016 | Ameripride Services, Inc. | Manual | 004625 | 434.80 |
| 10/6/2016 | HOME DEPOT | Manual | 004626 | 90.62 |
| 10/6/2016 | DUNN-EDWARDS PAINT | Manual | 004627 | 305.94 |
| 9/30/2016 | TUCSON TRUCK & CASTER | Manual | 004628 | 153.15 |
| 9/30/2016 | HENSLEY BEVERAGE COMPANY | Manual | 004629 | 32.00 |
| 10/1/2016 | RESTAURANT DEPOT | Manual | 004630 | 366.64 |
| 10/3/2016 | BLESSING FOODS | Manual | 004631 | 49.50 |
| 10/3/2016 | US FOODS | Manual | 004632 | 883.56 |
| 10/3/2016 | US FOODS | Manual | 004633 | 854.46 |
| 10/3/2016 | dba UNITED BEVERAGE GAS | Manual | 004634 | 64.26 |
| 10/4/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 004635 | 338.24 |
| 10/5/2016 | QUAIL DISTRIBUTING  INC | Manual | 004636 | 300.00 |
| 10/5/2016 | BLESSING FOODS | Manual | 004637 | 199.60 |
| 10/5/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 004639 | 105.93 |
| 10/5/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 004640 | 377.09 |
| 10/5/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 004641 | 77.39 |
| 10/5/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 004642 | 221.04 |
| 10/5/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 004643 | 845.00 |
| 10/5/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 004644 | 151.14 |
| 10/5/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 004645 | 251.17 |
| 10/5/2016 | F&S DISTRIBUTORS INC. | Manual | 004646 | 642.13 |
| 10/6/2016 | BLESSING FOODS | Manual | 004647 | 166.91 |
| 10/6/2016 | ARBUCKLES COFFEE ROASTERS | Manual | 004648 | 93.50 |
| 10/7/2016 | CARLOS PRECIADO | Manual | 004649 | 350.24 |
| 10/7/2016 | AMERICAN REFRIGERATION SUPPLIES, INC | Manual | 004650 | 121.57 |
| 10/7/2016 | ALEJANDROS TORTILLA & BAKERY | Manual | 004651 | 63.60 |
| 10/7/2016 | CARLOS PRECIADO | Manual | 004652 | 27.03 |
| 10/7/2016 | CARLOS PRECIADO | Manual | 004653 | 76.75 |
| 10/8/2016 | US FOODS | Manual | 004658 | 27.75 |
| 10/8/2016 | US FOODS | Manual | 004659 | 513.93 |
| 10/8/2016 | US FOODS | Manual | 004660 | 264.45 |
| 10/8/2016 | US FOODS | Manual | 004661 | 61.75 |
| 10/8/2016 | US FOODS | Manual | 004662 | 64.50 |
| 10/8/2016 | US FOODS | Manual | 004663 | 64.50 |
| 10/8/2016 | US FOODS | Manual | 004664 | 442.08 |
| 10/10/2016 | HOME DEPOT | Manual | 004665 | 209.99 |
| 10/10/2016 | MASON SMITH | Manual | 004666 | 252.22 |
| 10/10/2016 | BLESSING FOODS | Manual | 004667 | 198.50 |
| 10/10/2016 | HOME DEPOT | Manual | 004668 | **VOID** |
| 10/10/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 004669 | 846.47 |
| 10/10/2016 | TERRITORIAL TELECOMMUNICATIONS INC | Manual | 004670 | 249.86 |

| Date | Vendor | Type | Number | Amount |
|---|---|---|---|---|
| 10/10/2016 | ALEJANDROS TORTILLA & BAKERY | Manual | 004671 | 59.25 |
| 10/11/2016 | WASTE MANAGEMENT OF ARIZONA INC. | Manual | 004672 | 898.41 |
| 10/11/2016 | ARBUCKLES COFFEE ROASTERS | Manual | 004673 | 199.00 |
| 10/12/2016 | QUAIL DISTRIBUTING  INC | Manual | 004674 | 309.25 |
| 10/12/2016 | WEST-PRESS | Manual | 004675 | 745.24 |
| 10/12/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 004676 | 483.57 |
| 10/12/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 004677 | 1,982.45 |
| 10/12/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 004678 | 503.49 |
| 10/12/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 004680 | 1,818.57 |
| 10/13/2016 | HOME DEPOT | Manual | 004681 | 127.13 |
| 10/13/2016 | Mr. B's Rentals of Tucson, Inc. | Manual | 004682 | 291.87 |
| 10/13/2016 | BLESSING FOODS | Manual | 004683 | 182.83 |
| 10/13/2016 | MASON LOPEZ | Manual | 004684 | 24.00 |
| 10/13/2016 | LESLIE'S SWIMMING POOL SUPPLIES INC | Manual | 004685 | 43.05 |
| 10/13/2016 | LESLIE'S SWIMMING POOL SUPPLIES INC | Manual | 004686 | 40.22 |
| 10/13/2016 | US FOODS | Manual | 004687 | 878.51 |
| 10/13/2016 | ARBUCKLES COFFEE ROASTERS | Manual | 004688 | 346.50 |
| 10/17/2016 | BLESSING FOODS | Manual | 004690 | 203.03 |
| 10/14/2016 | ALLIANCE BEVERAGE DISTRIBUTING | Manual | 004691 | 302.80 |
| 10/14/2016 | SOUTHERN WINE & SPIRITS OF ARIZONA | Manual | 004692 | 1,032.84 |
| 10/14/2016 | F&S DISTRIBUTORS INC. | Manual | 004693 | 121.82 |
| 10/14/2016 | F&S DISTRIBUTORS INC. | Manual | 004694 | 139.09 |
| 10/14/2016 | HENSLEY BEVERAGE COMPANY | Manual | 004695 | 338.20 |
| 10/14/2016 | YOUNG'S MARKE CO. OF ARIZONA | Manual | 004696 | 1,405.64 |
| 10/13/2016 | SHAMROCK FOODS COMPANY INC. | Manual | 004697 | 123.72 |
| 10/14/2016 | SHAMROCK FOODS COMPANY INC. | Manual | 004698 | 1,574.80 |
| 10/14/2016 | STANDARD RESTAURANT SUPPLY | Manual | 004699 | 178.79 |
| 10/14/2016 | Ameripride Services, Inc. | Manual | 004700 | 362.27 |
| 10/14/2016 | FINLEY DISTRIBUTING CO. INC. | Manual | 004701 | 500.00 |
| 10/20/2016 | BLESSING FOODS | Manual | 004702 | 116.91 |
| 10/20/2016 | ALEJANDROS TORTILLA & BAKERY | Manual | 004703 | 91.42 |
| 10/20/2016 | US FOODS | Manual | 004705 | 607.22 |
| 10/20/2016 | ARBUCKLES COFFEE ROASTERS | Manual | 004706 | 298.50 |
| 10/21/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 004707 | 440.75 |
| 10/15/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 004708 | 44.45 |
| 10/15/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 004709 | 1,033.06 |
| 10/21/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 004710 | 204.07 |
| 10/21/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 004711 | 1,102.51 |
| 10/21/2016 | AMERICAN REFRIGERATION SUPPLIES, INC | Manual | 004712 | 41.57 |
| 10/21/2016 | Ameripride Services, Inc. | Manual | 004713 | 299.58 |
| 10/21/2016 | Ameripride Services, Inc. | Manual | 004714 | 336.35 |
| 10/22/2016 | VILLAS ICE | Manual | 004715 | 49.00 |
| 10/18/2016 | AZ PARTS MASTER | Manual | 004716 | 123.05 |
| 10/18/2016 | HENSLEY BEVERAGE COMPANY | Manual | 004717 | 223.40 |
| 10/18/2016 | WHITE TIE PRODUCTIONS LLC | Manual | 004718 | 286.00 |
| 10/18/2016 | WHITE TIE PRODUCTIONS LLC | Manual | 004719 | 243.20 |
| 10/18/2016 | WHITE TIE PRODUCTIONS LLC | Manual | 004720 | 80.00 |
| 10/18/2016 | WHITE TIE PRODUCTIONS LLC | Manual | 004721 | 147.52 |
| 10/18/2016 | HOME DEPOT | Manual | 004722 | 228.10 |
| 10/19/2016 | HENSLEY BEVERAGE COMPANY | Manual | 004723 | 183.70 |
| 10/19/2016 | SILVERADO ROOTER & PLUMBING | Manual | 004724 | 100.95 |
| 10/31/2016 | ARIZONA DEPT OF REVENUE | Manual | 004725 | 12,128.04 |
| 10/24/2016 | US FOODS | Manual | 004726 | 588.96 |
| 10/21/2016 | PARTY EXPRESS RENTAL EQUIPMENT INC | Manual | 004727 | 148.10 |
| 10/25/2016 | BLESSING FOODS | Manual | 004728 | 283.50 |
| 10/22/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 004729 | 313.89 |
| 10/25/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 004730 | 49.46 |
| 10/22/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 004731 | 260.93 |
| 10/25/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 004732 | 105.38 |
| 10/25/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 004733 | 1,172.98 |
| 10/25/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 004734 | 46.01 |
| 10/25/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 004735 | 127.36 |
| 10/25/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 004736 | 182.26 |
| 10/25/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 004737 | 1,530.86 |

Payments to Creditors
w/n 90 Days of Filing

| Date | Vendor | Type | Number | Amount |
|---|---|---|---|---|
| 10/24/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 004738 | 112.50 |
| 10/21/2016 | SHARPVAN LLC | Manual | 004739 | **VOID** |
| 10/25/2016 | ALEJANDROS TORTILLA & BAKERY | Manual | 004741 | 37.78 |
| 10/26/2016 | TUCSON TRUCK & CASTER | Manual | 004742 | 39.91 |
| 10/26/2016 | SHAMROCK FOODS COMPANY INC. | Manual | 004743 | 225.18 |
| 10/26/2016 | SHAMROCK FOODS COMPANY INC. | Manual | 004744 | 1,908.40 |
| 10/26/2016 | SHAMROCK FOODS COMPANY INC. | Manual | 004745 | 205.97 |
| 10/27/2016 | US FOODS | Manual | 004746 | 1,548.95 |
| 10/27/2016 | ARBUCKLES COFFEE ROASTERS | Manual | 004747 | 346.50 |
| 10/28/2016 | QUAIL DISTRIBUTING  INC | Manual | 004752 | 248.00 |
| 10/28/2016 | GENERAL PARTS LLC | Manual | 004753 | 628.70 |
| 10/28/2016 | GENERAL PARTS LLC | Manual | 004754 | 373.70 |
| 10/28/2016 | GENERAL PARTS LLC | Manual | 004755 | 456.86 |
| 10/28/2016 | GENERAL PARTS LLC | Manual | 004757 | 371.83 |
| 10/28/2016 | LESLIE'S SWIMMING POOL SUPPLIES INC | Manual | 004758 | 54.04 |
| 10/31/2016 | MERCEDES MADRID | Manual | 004759 | 119.06 |
| 11/1/2016 | US FOODS | Manual | 004760 | 918.37 |
| 10/31/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 004762 | 79.30 |
| 11/2/2016 | DOUBLETREE BY HILTON | Manual | 004763 | 712.86 |
| 11/2/2016 | BLESSING FOODS | Manual | 004764 | 89.40 |
| 11/3/2016 | COIN & PROFESSIONAL EQUIPMENT CO | Manual | 004766 | 62.34 |
| 11/3/2016 | ARBUCKLES COFFEE ROASTERS | Manual | 004767 | 324.50 |
| 11/4/2016 | SOUTHERN WINE & SPIRITS OF ARIZONA | Manual | 004768 | 308.72 |
| 11/4/2016 | ALLIANCE BEVERAGE DISTRIBUTING | Manual | 004769 | 367.78 |
| 11/4/2016 | YOUNG'S MARKE CO. OF ARIZONA | Manual | 004771 | 255.60 |
| 11/4/2016 | Ameripride Services, Inc. | Manual | 004772 | 47.56 |
| 11/4/2016 | Ameripride Services, Inc. | Manual | 004773 | 295.58 |
| 11/4/2016 | Ameripride Services, Inc. | Manual | 004774 | 299.58 |
| 11/4/2016 | Ameripride Services, Inc. | Manual | 004775 | 316.93 |
| 11/4/2016 | dba UNITED BEVERAGE GAS | Manual | 004776 | 88.46 |
| 11/7/2016 | LESLIE'S SWIMMING POOL SUPPLIES INC | Manual | 004777 | 131.86 |
| 11/7/2016 | US FOODS | Manual | 004778 | 821.57 |
| 11/7/2016 | US FOODS | Manual | 004779 | 98.03 |
| 11/7/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 004781 | 611.50 |
| 11/7/2016 | HOME DEPOT | Manual | 004782 | 75.96 |
| 11/7/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 004783 | 111.54 |
| 11/7/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 004784 | 1,009.50 |
| 11/7/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 004785 | 109.76 |
| 11/7/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 004786 | 713.97 |
| 11/7/2016 | Jim Kerrigan | Manual | 004787 | **VOID** |
| 11/7/2016 | BLESSING FOODS | Manual | 004788 | 226.91 |
| 11/8/2016 | VILLAS ICE | Manual | 004789 | 105.00 |
| 11/8/2016 | ALEJANDROS TORTILLA & BAKERY | Manual | 004790 | **VOID** |
| 11/8/2016 | HOME DEPOT | Manual | 004791 | 75.63 |
| 11/8/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 004792 | **VOID** |
| 11/8/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 004793 | **VOID** |
| 11/8/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 004794 | **VOID** |
| 11/8/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 004795 | **VOID** |
| 11/8/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 004796 | **VOID** |
| 11/8/2016 | CAWLEY | Manual | 004797 | 170.34 |
| 11/9/2016 | PARTY EXPRESS RENTAL EQUIPMENT INC | Manual | 004798 | 275.12 |
| 11/9/2016 | WHITE TIE PRODUCTIONS LLC | Manual | 004800 | 400.00 |
| 11/9/2016 | WHITE TIE PRODUCTIONS LLC | Manual | 004801 | 320.00 |
| 11/9/2016 | WHITE TIE PRODUCTIONS LLC | Manual | 004802 | 180.00 |
| 11/9/2016 | WHITE TIE PRODUCTIONS LLC | Manual | 004803 | 80.00 |
| 8/25/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 004916 | 1,479.34 |
| 8/25/2016 | ARBUCKLES COFFEE ROASTERS | Manual | 004917 | 346.50 |
| 8/25/2016 | TUCSON PARTY RENTALS | Manual | 004918 | 67.03 |
| 8/31/2016 | ARIZONA DEPT OF REVENUE | Manual | 004919 | 11,206.44 |
| 8/26/2016 | AZ PARTS MASTER | Manual | 004920 | 241.78 |
| 8/29/2016 | HOME DEPOT | Manual | 004921 | 73.73 |
| 8/30/2016 | Ameripride Services, Inc. | Manual | 004922 | 378.84 |
| 8/31/2016 | HOME DEPOT | Manual | 004923 | 230.78 |
| 9/1/2016 | AAA Lock & Key | Manual | 004924 | 14.57 |

| Date | Vendor | Type | Number | Amount |
|------|--------|------|--------|--------|
| 9/8/2016 | LESLIE'S SWIMMING POOL SUPPLIES INC | Manual | 004925 | 25.40 |
| 8/31/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 004926 | 1,137.69 |
| 8/31/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 004927 | 501.31 |
| 8/31/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 004928 | 64.18 |
| 8/31/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 004929 | 897.26 |
| 8/31/2016 | SYSCO FOOD SERVICES OF ARIZONA | Manual | 004930 | 81.26 |
| 9/1/2016 | SIERRA TILE | Manual | 004931 | 34.59 |
| 9/1/2016 | ARBUCKLES COFFEE ROASTERS | Manual | 004932 | 100.00 |
| 9/2/2016 | US FOODS | Manual | 004933 | 1,208.64 |
| 9/2/2016 | US FOODS | Manual | 004934 | 94.80 |
| 9/2/2016 | US FOODS | Manual | 004935 | 65.12 |
| 9/2/2016 | SOUTHERN WINE & SPIRITS OF ARIZONA | Manual | 004936 | 382.99 |
| 9/2/2016 | HENSLEY BEVERAGE COMPANY | Manual | 004937 | 137.00 |
| 9/5/2016 | ALEJANDROS TORTILLA & BAKERY | Manual | 004938 | 84.75 |
| 9/6/2016 | BIG D FLOOR COVERING SUPPLIES | Manual | 004939 | 55.89 |
| 9/8/2016 | HOME DEPOT | Manual | 004940 | 289.36 |
| 9/6/2016 | US FOODS | Manual | 006370 | 42.27 |
| 9/6/2016 | WHITE TIE PRODUCTIONS LLC | Manual | 006380 | 360.00 |
| 9/6/2016 | WHITE TIE PRODUCTIONS LLC | Manual | 006390 | 80.00 |
| 9/7/2016 | BLESSING FOODS | Manual | 006400 | 161.94 |
| 9/8/2016 | US FOODS | Manual | 006420 | 812.40 |
| 9/8/2016 | US FOODS | Manual | 006430 | 318.91 |
| 9/8/2016 | US FOODS | Manual | 006440 | 497.66 |
| Oct-16 | Ferguson | | 004638 | 68.84 |
| 10/20/2016 | Ferguson | | 004704 | 12.58 |
| 10/20/2016 | Home Depot | | 004740 | 217.03 |
| 10/28/2016 | AZASE Gala | | 004748 | 65.00 |
| 11/8/2016 | Metro Tucson | | 004749 | 60.00 |
| 10/28/2016 | Southern Glazers | | 004750 | 239.63 |
| 10/28/2016 | Hensley Beverage | | 004751 | 298.00 |
| 10/28/2016 | US Foods | | 004756 | 114.94 |
| 11/3/2016 | Columbus Glass | | 004765 | 51.56 |
| 11/4/2016 | Ameripride | | 004773 | 5.00 |
| 11/4/2016 | Alejandros Tortilla & Bakery | | 004780 | 31.08 |
| 11/8/2016 | Alejandros Tortilla & Bakery | | 004790 | 98.00 |
| 11/9/2016 | Blessing Food | | 004804 | 158.50 |
| 11/10/2016 | Blessing Food | | 004806 | 108.05 |
| 11/10/2016 | Arbuckles | | 004807 | 197.25 |
| 11/11/2016 | Columbus Glass | | 004808 | 27.64 |
| 11/11/2016 | Ameripride | | 004810 | 108.10 |
| 11/11/2016 | Ameripride | | 004811 | 341.65 |
| 11/11/2016 | Ameripride | | 004812 | 299.58 |
| 11/11/2016 | Alejandros Tortilla & Bakery | | 004817 | 44.25 |
| | | | Total | 124807.25 |

| Room # | 101 | 102 | 103 | 104 | 105 | 106 | 107 | 108 | 109 | 110 | 111 | 112 | 113 | 114 | 115 | 116 | 117 | 118 | 119 | 120 | 121 | 122 | 123 | 124 | 125 | 126 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bed Skirts | 1 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 31 |
| Bedding - Queen | | | 2 | | | 2 | | | 2 | | | | | | | | | | | | 2 | | | 2 | | | 10 |
| Bedding -King | 1 | 1 | | 1 | 1 | | 1 | 1 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | | 1 | 1 | 21 |
| Blankets | 1 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 31 |
| Chair - Casita Arm / Desk | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Chair -Lounge Upholstered | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 3 | 1 | 1 | 1 | 1 | 1 | 1 | 3 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 3 | 32 |
| Chair Patio Casita Cast Iron | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Chair Patio Deluxe | 0 | 2 | 0 | 2 | 2 | 2 | 2 | 2 | 0 | 2 | 2 | 2 | 2 | 0 | 2 | 0 | 2 | 2 | 2 | 2 | 0 | 2 | 2 | 2 | 2 | 2 | |
| Chair- Desk Stright-Up Wood | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 26 |
| Chair-Game Table | | | | | | | | 4 | | | | | | | 4 | | | | | | | | | | | 4 | 12 |
| Clock Radio | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 26 |
| Coffee Maker | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 26 |
| Desk Casita | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Drapes | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 29 |
| Drapes - Sheer | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 29 |
| Dresser Casita | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Dresser/ Desk Deluxe | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 26 |
| Fire Place | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 1 | 127 |
| Hair Dryer | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 26 |
| Hangers | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 312 |
| Head Board | 1 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 31 |
| HVAC Wall Mounted Unit | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Ice Bucket | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 26 |
| Iron | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 26 |
| Ironing Board | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 26 |
| Lamp - Bathroom Over Sink | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 26 |
| Lamp - Bed side wall swing | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 52 |
| Lamp - Entry Wall | | 1 | | | | | | | | | | | | | | | | | | | 1 | | | | | | 2 |
| Lamp - Floor | 1 | | 1 | 1 | 1 | 1 | 0 | 1 | | 1 | 1 | 1 | 1 | 1 | 0 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 3 | 31 |
| Lamp - Over Game Table | | | | | | | | 1 | | | | | | | | | | | | | | | | | | | 1 |
| Lamp -Desk | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 26 |
| Lamp - Vanity Wall | 2 | 2 | 2 | 2 | 2 | 2 | 4 | 2 | 2 | 2 | 2 | 2 | 2 | 4 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 4 | 58 |
| Luggage Rack | 1 | 1 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 27 |
| Night Stand | 2 | 2 | 1 | 2 | 2 | 1 | 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 2 | 2 | 1 | 2 | 2 | 2 | 47 |
| Ottoman | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 3 | 0 | 1 | 1 | 1 | 1 | 1 | 3 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 3 | |
| Pictures | 5 | 6 | 4 | 4 | 5 | 2 | 4 | 8 | 3 | 5 | 5 | 4 | 4 | 3 | 8 | 4 | 5 | 3 | 5 | 6 | 4 | 4 | 4 | 4 | 2 | 7 | 118 |
| Pillows - King | 4 | 4 | | 4 | 4 | | 4 | 4 | | 4 | 4 | 4 | 4 | 4 | Pillow 4 | 4 | 4 | 4 | 4 | 4 | | 4 | 4 | | 4 | 4 | 84 |
| Pillows - Standard | | | 8 | | | 8 | | | 8 | | | | | | | | | | | | 8 | | | 8 | | | 40 |
| Refrigerator | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 26 |
| Roning Board | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 26 |
| Room Service Tray | | 1 | | | 1 | 1 | | 1 | 1 | | 1 | 1 | 1 | | | | | | | | 1 | | | 1 | 1 | 1 | 12 |
| Safe - Mini | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 26 |
| Shower | 1 | 1 | 1 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 26 |
| Tub | | | | 1 | | | | 1 | | | | 1 | 1 | | | | | 1 | 1 | | | | 1 | | | | 12 |
| Shower Liner | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Sink | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 52 |
| Smoke Alarm | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 52 |
| Sofa | | | | | | | | 1 | | | | | | | | 1 | | | | | | | | | | 1 | 3 |
| Sofa Sleeper | | | | | | | | | | | | | | | | 1 | | | | | | | | | | | 1 |
| Table - Side Tile & Wood | 1 | | 1 | 1 | 1 | 1 | 0 | 1 | 3 | 0 | 1 | 1 | 1 | 1 | 0 | 3 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 3 | 29 |
| Table - Game | | | | | | | | 1 | | | | | | | 1 | | | | | | | | | | | 1 | 3 |
| Table- Coffee | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Table Long Metal/Glass TV Table | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Telephone | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 29 |
| Television | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 29 |
| Thermostat | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 26 |
| Toilet | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 26 |
| Towel Rack | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| TV Remote | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 29 |
| Vanity Mirror - Deluxe | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 26 |
| Vase Ceramic Mexican | | | | | 1 | 1 | | 1 | 1 | | 1 | 1 | 1 | | | | | 1 | 1 | | 1 | | | 1 | 1 | 1 | 13 |
| Waste Basket Leatherette | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 26 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| 241&256 Canopy MetalBedFrame | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | 2 |
| Ottoman HSKG Storage | 7 | | | | | | | | | | | | | | | | | | | | | | | | | | 7 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Laundry Chicago Ironer | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | 1 |
| Laundry 60 LB Washer | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | 2 |
| Laundry 100 LB Dryer | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | 2 |

| Room # | 127 | 128 | 129 | 130 | 131 | 132 | 133 | 134 | 135 | 136 | 137 | 138 | 139 | 140 | 141 | 142 | 143 | 144 | 145 | 146 | 147 | 148 | 149 | 150 | 151 | 152 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Item | Total |
|---|---|
| Bed Skirts | 34 |
| Bedding - Queen | 17 |
| Bedding -King | 17 |
| Blankets | 32 |
| Chair - Casita Arm / Desk | 18 |
| Chair -Lounge Upholstered | 29 |
| Chair Patio Casita Cast Iron | 24 |
| Chair Patio Deluxe | 24 |
| Chair- Desk Stright-Up Wood | 8 |
| Chair-Game Table | 0 |
| Clock Radio | 24 |
| Coffee Maker | 24 |
| Desk Casita | 17 |
| Drapes | 8 |
| Drapes - Sheer | 8 |
| Dresser Casita | 9 |
| Dresser/ Desk Deluxe | 8 |
| Fire Place | 13 |
| Hair Drayer | 24 |
| Hangers | 288 |
| Head Board | 34 |
| HVAC Wall Mounted Unit | 13 |
| Ice Bucket | 24 |
| Iron | 24 |
| Ironing Board | 24 |
| Lamp - Bathroom Over Sink | 26 |
| Lamp - Bed side wall swing | 50 |
| Lamp - Entry Wall | 17 |
| Lamp - Floor | 14 |
| Lamp - Over Game Table | 0 |
| Lamp -Desk | 34 |
| Lamp - Vanity Wall | 17 |
| Luggage Rack | 26 |
| Night Stand | 44 |
| Ottoman | 14 |
| Pictures | 78 |
| Pillows - King | 68 |
| Pillows - Standard | 64 |
| Refrigerator | 24 |
| Roning Board | 24 |
| Room Service Tray | 23 |
| Safe - Mini | 8 |
| Shower | 14 |
| Tub | 21 |
| Shower Liner | 24 |
| Sink | 34 |
| Smoke Alarm | 34 |
| Sofa | 0 |
| Sofa Sleeper | 3 |
| Table - Side Tile & Wood | 7 |
| Table - Game | 0 |
| Table- Coffee | 3 |
| Table Long Metal/Glass TV Table | 11 |
| Telephone | 24 |
| Television | 24 |
| Thermostat | 24 |
| Toilet | 24 |
| Towel Rack | 18 |
| TV Remote | 24 |
| Vanity Mirror - Deluxe | 8 |
| Vase Ceramic Mexican | 5 |
| Waste Basket Leatherette | 24 |
| | |
| 241&256 Canopy MetalBedFrame | 0 |
| Ottoman HSKG Storage | 0 |
| | 0 |
| Laundry Chicago Ironer | 0 |
| Laundry 60 LB Washer | 0 |
| Laundry 100 LB Dryer | 0 |

| Bed Skirts | 153 | 154 | 155 | 156 | 157 | 158 | 159 | 160 | 161 | 162 | 163 | 164 | 165 | 166 | 167 | 168 | 201 | 202 | 203 | 205 | 206 | 207 | 208 | 209 | 210 | 212 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bedding - Queen | 1 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | | 1 | 1 | 1 | | 2 | 1 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 31 |
| Bedding -King | | | 1 | | | | | | | | 2 | | | | | | | 2 | | 2 | | | 2 | | | | 9 |
| Blankets | 1 | 1 | | 1 | 1 | 1 | 1 | 1 | 1 | | 1 | | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 22 |
| Chair - Casita Arm / Desk | 0 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 1 | | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 27 |
| Chair - Lounge Upholstered | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | 1 | 1 | 1 | | | | | | 1 | | | | 1 | | | | 12 |
| Chair Patio Casita Cast Iron | 2 | 1 | 0 | 1 | 2 | 0 | 0 | 1 | | 1 | 1 | | 1 | 0 | 0 | | 1 | 1 | 1 | 1 | 1 | 1 | 3 | 1 | 1 | 1 | 23 |
| Chair Patio Deluxe | 2 | 1 | 0 | 2 | 2 | 2 | 2 | 2 | | | | | 2 | 0 | 0 | 2 | | | | | | | | | | | 16 |
| Chair- Desk Stright-Up Wood | | | | | | | | | 0 | 2 | 0 | 2 | | | | | 2 | 0 | 2 | 2 | 2 | 2 | 2 | 0 | 2 | 2 | 20 |
| Chair-Game Table | | | | | | | | | 1 | 1 | 1 | 1 | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 14 |
| Clock Radio | | | | | | | | | | | | | | | | | | | | | | | 4 | | | | 4 |
| Coffee Maker | 1 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 23 |
| Desk Casita | 1 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 23 |
| Drapes | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | 1 | | | | | | | | | | | | | | 12 |
| Drapes - Sheer | | | | | | | | | 2 | 1 | 2 | 1 | | | | | 1 | 2 | 1 | 1 | 1 | 1 | 3 | 2 | 1 | 1 | 20 |
| Dresser Casita | | | | | | | | | 2 | 1 | 2 | 1 | | | | | 1 | 2 | 1 | 1 | 1 | 1 | 3 | 2 | 1 | 1 | 20 |
| Dresser/ Desk Deluxe | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | | | | | 1 | 0 | 0 | 1 | | | | | | | | | | | 7 |
| Fire Place | | | | | | | | | 1 | 1 | 1 | 1 | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 14 |
| Hair Drayer | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 19 |
| Hangers | 1 | 0 | 0 | 1 | 1 | 0 | 1 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 23 |
| Head Board | 12 | 0 | 0 | 12 | 12 | 0 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 276 |
| HVAC Wall Mounted Unit | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 2 | 1 | 1 | 1 | 28 |
| Ice Bucket | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | | | | | 2 | 1 | 0 | 0 | | | | | | | | | | | 8 |
| Iron | 1 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 23 |
| Ironing Board | 1 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 23 |
| Lamp - Bathroom Over Sink | 1 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 23 |
| Lamp - Bed side wall swing | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 26 |
| Lamp - Entry Wall | 2 | 2 | 2 | 2 | 2 | 0 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 49 |
| Lamp - Floor | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | | | 1 | | 1 | 0 | 0 | 0 | 1 | | | | | | | | | | 8 |
| Lamp - Over Game Table | 0 | 0 | 1 | 1 | 0 | 0 | 0 | | 1 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | | 0 | 2 | 1 | 1 | 1 | 18 |
| Lamp- Desk | | | | | | | | | | | | | | | | | | | | | | | | | | | 8 |
| Lamp - Vanity Wall | 1 | 2 | 3 | 1 | 1 | 4 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 34 |
| Luggage Rack | | | | | | | | | 2 | 2 | 2 | 2 | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 4 | 2 | 2 | 2 | 30 |
| Night Stand | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 36 |
| Ottoman | 2 | 0 | 0 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 1 | 2 | 2 | 4 | 2 | 2 | 2 | 44 |
| Pictures | 2 | 0 | 1 | 0 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 3 | 3 | 0 | 1 | 1 | 23 |
| Pillows - King | 2 | 3 | | 8 | 1 | 2 | 2 | 2 | 4 | 6 | 4 | 4 | 4 | 3 | 2 | 1 | 8 | 6 | 4 | 3 | 2 | 5 | 7 | 3 | 5 | 3 | 94 |
| Pillows - Standard | 4 | 4 | | 4 | 4 | 4 | 4 | 4 | 4 | 4 | | 4 | 4 | 4 | 4 | 4 | 4 | | 4 | 4 | | | 4 | | 4 | 4 | 84 |
| Refrigerator | | | | | | | | | | 8 | | | | | | | | 8 | | | 8 | | | 8 | | | 32 |
| Roning Board | 1 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 23 |
| Room Service Tray | 1 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 23 |
| Safe - Mini | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 20 |
| Shower | 1 | | | 1 | | | | | 1 | 1 | 1 | 1 | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 16 |
| Tub | | 1 | | 1 | | | | | 1 | 1 | 1 | 1 | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 19 |
| Shower Liner | 1 | 1 | | | 1 | 1 | 1 | 1 | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | | | | 15 |
| Sink | 2 | 1 | | | 2 | 2 | 2 | 2 | | | | | | | 2 | | | | | | | | | | | | 14 |
| Smoke Alarm | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 40 |
| Sofa | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 40 |
| Sofa Sleeper | | | | | | | | | | | | | | | | | | | | | | | 1 | | | | |
| Table - Side Tile & Wood | | | 1 | 1 | | | | | | | | | | | 1 | | | | | | | | | | | | 3 |
| Table - Game | | | | 2 | | | | | 1 | 1 | 1 | 1 | | | | | 1 | 1 | 1 | 1 | 0 | 1 | 3 | 1 | 1 | 0 | 16 |
| Table- Coffee | | | | | | | | | | | | | | | | | | | | | | | 1 | | | | |
| Table Long Metal/Glass TV Table | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | | | | | 1 | 0 | 0 | 0 | | | | | | | | | | | 3 |
| Telephone | | | | 1 | | | | | | | | | | | | | | | | | | | | | | | 1 |
| Television | 1 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 1 | 1 | 1 | 24 |
| Thermostat | 1 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | | | | | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | 14 |
| Toilet | 1 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 23 |
| Towel Rack | 1 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 23 |
| TV Remote | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | | | | | 1 | 0 | 0 | 0 | | | | | | | | | | | 8 |
| Vanity Mirror - Deluxe | 1 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 1 | 1 | 1 | 24 |
| Vase Ceramic Mexican | | | | | | | | | 1 | 1 | 1 | 1 | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 14 |
| Waste Basket Leatherette | | | | 1 | | | | | | | 1 | | | | | | 1 | | | | | | 1 | | | | 8 |
| | 1 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 23 |
| 241&256 Canopy MetalBedFrame | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Ottoman HSKG Storage | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Laundry Chicago Ironer | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Laundry 60 LB Washer | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Laundry 100 LB Dryer | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |

| Bed Skirts | 213 | 214 | 215 | 216 | 217 | 219 | 220 | 221 | 223 | 224 | 225 | 226 | 227 | 228 | 230 | 231 | 232 | 233 | 239 | 240 | 241 | 256 | 261 | 262 | 263 | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bedding - Queen | 2 | 1 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 2 | 1 | | 2 | 1 | 1 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2 | 1 | | 34 |
| Bedding -King | 2 | | | 2 | | | 2 | | | 2 | | | 2 | | | | 2 | | 2 | 2 | | | | 2 | | | 18 |

| Item | Total |
|---|---|
| Blankets | 16 |
| Chair - Casita Arm / Desk | 32 |
| Chair -Lounge Upholstered | 4 |
| Chair Patio Casita Cast Iron | 31 |
| Chair Patio Deluxe | 6 |
| Chair- Desk Stright-Up Wood | 32 |
| Chair-Game Table | 21 |
| Clock Radio | 12 |
| Coffee Maker | 25 |
| Desk Casita | 25 |
| Drapes | 4 |
| Drapes - Sheer | 31 |
| Dresser Casita | 27 |
| Dresser/ Desk Deluxe | 3 |
| Fire Place | 21 |
| Hair Drayer | 21 |
| Hangers | 25 |
| Head Board | 300 |
| HVAC Wall Mounted Unit | 32 |
| Ice Bucket | 2 |
| Iron | 25 |
| Ironing Board | 25 |
| Lamp - Bathroom Over Sink | 25 |
| Lamp - Bed side wall swing | 25 |
| Lamp - Entry Wall | 50 |
| Lamp - Floor | 6 |
| Lamp - Over Game Table | 23 |
| Lamp -Desk | 2 |
| Lamp - Vanity Wall | 30 |
| Luggage Rack | 47 |
| Night Stand | 25 |
| Ottoman | 41 |
| Pictures | 24 |
| Pillows - King | 96 |
| Pillows - Standard | 64 |
| Refrigerator | 72 |
| Roning Board | 25 |
| Room Service Tray | 25 |
| Safe - Mini | 14 |
| Shower | 21 |
| Tub | 25 |
| Shower Liner | 14 |
| Sink | 0 |
| Smoke Alarm | 48 |
| Sofa | 46 |
| Sofa Sleeper | 3 |
| Table - Side Tile & Wood | 1 |
| Table - Game | 25 |
| Table- Coffee | 3 |
| Table Long Metal/Glass TV Table | 3 |
| Telephone | 2 |
| Television | 27 |
| Thermostat | 27 |
| Toilet | 25 |
| Towel Rack | 25 |
| TV Remote | 3 |
| Vanity Mirror - Deluxe | 27 |
| Vase Ceramic Mexican | 21 |
| Waste Basket Leatherette | 12 |
| | 25 |
| 241&256 Canopy MetalBedFrame | 0 |
| Ottoman HSKG Storage | 0 |
| | 0 |
| Laundry Chicago Ironer | 0 |
| Laundry 60 LB Washer | 0 |
| Laundry 100 LB Dryer | 0 |

**Lodge on the Desert Kitchen Inventory**

| Equipment | QTY |
|---|---|
| 2-sided coffee machine (BUN Brand) RENTED | 1 |
| 2-sided Coffee Grinder (BUN Brand) RENTED | 1 |
| Single Large Ice Tea Brewer (BUN Brand) RENTED | 1 |
| Rational Oven | 1 |
| Rational Oven Stand | 1 |
| 6 Burner Ranges w/ Oven (WOLF Brand) 2 Ovens not working | 4 |
| 6 Foot Counter Top Stainless Steal Tables | 2 |
| 12 foot Rolling Stainless Steal Prep Table | 1 |
| "L" Shaped Corner table with Sink | 1 |
| Hand Washing Sinks | 4 |
| Walk-in Coolers | 3 |
| Walking Freezer | 1 |
| Shelf Tool Box (HUSKEY Brand) | 10 |
| Gal Mixer (Hobart) | 5 |
| Mixer Stand | 2 |
| Double Door Fridge | 1 |
| 5-Foot Wood Butcher Block | 1 |
| Double Decker Oven (HOBART) | 1 |
| 4 Foot Flat Top (WOLF) | 1 |
| 4 Foot Gas Grill (WOLF) | 1 |
| 4 Door Low Boy Reach in Shelf (WOLF) | 1 |
| Salamander/Broiler (WOLF) | 2 |
| 2-Door Reach-ins (TRUE FRIDEGE) | 3 |
| 3 Foot Stainless Steal Shelf | 1 |
| 5-Gal Deep Fryer (FRYMASTER) | 1 |
| Reach-in Freezer (CARVELL) | 1 |
| 4 Foot Stainless Steel Table | 1 |
| 6-Foot Stainless Steel Table | 1 |
| Dishwasher (ECOLAB) RENTED | 1 |
| Wall Mounted "L" Shaped Dishstation 3 Compartment Sink | 1 |
| Wall Mounted Stainless Steel Table for Dish Pit | 1 |
| Small Bread Warmer (NSF) | 1 |
| Ice Maker (Scotsman) | 1 |

**Lodge on the Desert Library Inventory**

| Equipment | QTY |
|---|---|
| Swirl sitting chairs | 2 |
| Stationary sitting chairs | 2 |
| Window table | 1 |
| Fireplace | 1 |
| Tables with lamps (2) | 2 |
| Coffee table w/2 extra pull out tables | 1 |
| PC | 1 |
| PC screen | 1 |
| Chair w/table (for pc & printer) | 1 |
| Floor rug | 1 |
| Chess table w/2 chairs | 1 |
| paintings (framed) | 3 |

**Lodge on the Desert Lobby Inventory**

| Equipment | QTY |
|---|---|
| front desk lamps | 2 |
| pc (front desk) | 2 |
| pc screen (front desk) | 2 |
| printer (front desk) | 1 |
| swirl sitting chairs | 2 |
| coffee table between sitting chairs | 1 |
| large L-shape sofa | 1 |
| table (with sofa) | 1 |
| ottoman style chairs | 2 |
| picnic style table w/4 chairs | 1 |
| floor rugs | 2 |
| sitting bench with high back | 1 |
| beige pot plants | 2 |
| natural color pot plant | 1 |
| blue pot plant | 1 |
| natural color square pot plant | 1 |
| artwork (framed) | 7 |
| water fountains | 2 |
| high lamp with shade | 1 |
| plants with pots | 2 |
| central round table | 1 |
| hanging quilt | 1 |
| framed LOTD history pictures and photos | 7 |

**Lodge on the Desert Maintenance Inventory**

| Equipment | Serial Number | QTY |
|---|---|---|
| Black & Decker Grinder 4.5 Inch | BDEG400 | 1 |
| Skil Jigsaw | 4485 | 2 |
| Skilsaw 7 1/4 inch | 508008236 | 2 |
| Chicago Belt Sander 3x21" | 372281448 | 1 |
| Makita Belt Sander 3x18" | 446731G | 2 |
| Drill Master Planer 3 1/4 | 369951451 | 1 |
| Black & Decker Drill/Case 1/2" | DR501 13mm | 1 |
| Dremel Scrapping Tool | 2.53344E+16 | 1 |
| Ryobi Saw/Saw/Case | RJ165V | 2 |
| Superior Bilt Tile Cutter | 81-20 | 1 |
| Black & Decker Mouse Sander/Polisher/Case | Type 1 ms500 | 2 |
| Portar Cable Nail Gun Air/Case | DA250B | 1 |
| Ryobi Router/Case | BB072073466 | 2 |
| Makita Concrete Drill/Case | 704521 | 1 |
| Makita Rotary Hammer Drill/Case | 75069 | 1 |
| Homelite Electric Chainsaw | BM143210130181 | 1 |
| Weed Eater Excaliber Hendge Trimmer 22" | Bm14321D130181 | 7 |
| Graco Magnum X7 Paint Sprayer | N/A | 2 |
| Milwaukee Hammer/Battery Drill 3/8 | D56BD13202170 | 1 |
| Milwaukee Battery/Impact Drill | E42AD132004072 | 2 |
| Milwaukee Rapid Charger | G71A9152907744G | 1 |
| Stinger Wet/Dry Vacuum | N/A | 1 |
| General Mini-Rooter | MR9W0875 | 7 |
| Echo Blower | P42814190955 | |
| Central Machinery Cement Mixer 3 1/2 CFT | 14450347 | |
| Mi-T-M Presser Sprayer | 10515107 | |
| Shop Vac Pro 14 Gallon | 16RT600C | |
| Husky Air Tank Large Capacity | F02311103 | |

**Lodge on the Desert Bar Inventory**

| Equipment | QTY |
|---|---:|
| 8 1/2 Ft Community Table | 1 |
| 24" Cocktail Table | 4 |
| U-Shaped Banquet Tables | 2 |
| 36" High Cocktail Tables | 3 |
| Barstools | 6 |
| High Charis | 19 |
| Flat Screens | 2 |
| Framed Pictures | 6 |
| Bar Sink | 3 |
| Hand Sink | 1 |
| Blender Stands | 2 |
| Jockey Box | 2 |
| 3 Door Fridge | 2 |
| 2 Door Beer Keg Unit | 1 |

**Lodge on the Desert Restaurant Inventory**

| Equipment | QTY |
|---|---:|
| Table 36x36 | 9 |
| Table 48x30 | 4 |
| High Chairs | 35 |
| Side Board | 2 |
| Table 30 x 30 | 1 |
| Wood Wine Cooler | 2 |
| Round Stone Tables | 9 |
| Wicker Chairs | 36 |
| High Chairs | 6 |
| Rectangular Wood Table | 1 |
| 5" Round Table | 1 |
| High Chairs | 5 |

**Lodge on the Desert Pool Inventory**

| Equipment | QTY |
|---|---:|
| Pool | 1 |
| Hot Tub | 1 |
| Chairs | 20 |
| Round Tables | 5 |
| Lawn Chairs | 10 |
| Handicap Drops | 1 |
| Trash Cans | 1 |
| Laundry Bins | 2 |
| Telephone | 1 |
| Pool Skim Net | 1 |
| Pool Brush | 1 |
| Pool Hook | 1 |
| Life Buoy | 1 |
| Wicker Chair | 4 |
| Wicker Tables | 1 |
| Clay Pots | 5 |
| Wicker Tables | 10 |

**Lodge on the Desert Linen Inventory**

| Supply Items<br>Room Linen | Last<br>Inventory | Inventory<br>Purchased | In-Guest<br>Rooms | Inventory<br>Circulation | Inventory<br>InStorage | Inventory<br>On Hand | Inventory<br>Lost |
|---|---|---|---|---|---|---|---|
| King Flat Sheets | 323 | 0 | 146 | 78 | 0 | 224 | -99 |
| Queen Flat Sheets | 78 | 0 | 72 | 0 | 0 | 72 | -6 |
| King Top Sheets | 138 | 0 | 73 | 53 | 0 | 126 | -12 |
| Queen Top Sheets | 93 | 0 | 52 | 36 | 0 | 88 | -5 |
| King Pillow Cases | 464 | 0 | 292 | 150 | 0 | 442 | -22 |
| Queen Pillow Cases | 441 | 0 | 208 | 180 | 0 | 388 | -53 |
| Bath Towels 30X60 | 423 | 0 | 297 | 97 | 0 | 394 | -29 |
| Bath Mats 22X34 | 152 | 0 | 99 | 33 | 0 | 132 | -20 |
| Hand Towels 16X30 | 431 | 0 | 297 | 168 | 0 | 465 | 34 |
| Wash Clothes 13X13 | 469 | 0 | 297 | 139 | 0 | 436 | -33 |
| TaupeSeersuckerRobes | 176 | 0 | 99 | 0 | 0 | 99 | -77 |
| Pool Towels | 60 | 0 | 0 | 48 | 0 | 48 | -12 |
| K Poly Insert Blanket Bed | 22 | 0 | 22 | 0 | 0 | 22 | 0 |
| Q Poly Insert Blanket Bed | 12 | 0 | 12 | 0 | 0 | 12 | 0 |
| K Mattress Protectors/4pk | 52 | 0 | 52 | 0 | 0 | 52 | 0 |
| Q Mattress Protectors/4pk | 40 | 0 | 40 | 0 | 0 | 40 | 0 |
| K Poly Blanket for closet | 16 | 0 | 16 | 0 | 0 | 16 | 0 |
| Q Poly Blanket for closet | 78 | 0 | 78 | 0 | 0 | 78 | 0 |
| K Diamond Down Pillows | 154 | 0 | 146 | 0 | 8 | 154 | 0 |
| D Diamond Down Pillows | 208 | 0 | 208 | 0 | 0 | 208 | 0 |
| K Poly Filled Pillows | 130 | 0 | 144 | 0 | 0 | 144 | 14 |
| D Poly Filled Pillows | 16 | 0 | 10 | 0 | 0 | 10 | -6 |
| K Pillow Protectors | 224 | 0 | 224 | 0 | 0 | 224 | 0 |
| D Pillow Protectors | 216 | 0 | 208 | 48 | 0 | 256 | 40 |
| K Bed Skirts | 76 | 0 | 76 | 0 | 0 | 76 | 0 |
| Q Bed Skits | 54 | 0 | 54 | 0 | 0 | 54 | 0 |
| Refrigerators | 100 | 0 | 99 | 0 | 0 | 99 | -1 |
| Rollaway | 5 | 0 | 0 | 0 | 5 | 5 | 0 |
| Rollaway New | 2 | 0 | 0 | 0 | 2 | 2 | 0 |

# ART WORK ON LOAN TO LODGE ON THE DESERT
# OWNED BY HELEN CLARK DONAHOE IRREVOCABLE TRUST

## MAIN ENTRANCE

1 Ed Mell signed bronze sculpture "Jack Knife" (2.5'X5.5')

## LOBBY/LIBRARY/BOARD ROOM

2  Lambuth framed pencil drawings (18"X15")

4  Ed Mell giclee on canvas
- Vermillion Cliffs (210"X38")
- Cactus Flower   (55"X45")
- 4 Horses   (60"X30")
- Peones Harvest  (40"X50")

25  Carlos Merida framed plates - Tajes Regionales Mexicanos
    (8 of these in lobby, balance are spread throughout the Deluxe rooms)

## CATALINA ROOM

12  Ed Mell giclee on canvas (16"X20")

4  Ed Mell signed numbered prints

- Camelback Mountain (35"X30")
- Long Mesa (50"X30")
- Shower Thunder (39"X32")
- Red Mesa  (40"X48")

## FIREPLACE ROOM

1  Hayden oil on canvas - Italian Window (40"X30")
1  Hayden oil on canvas - Italian Countryside (40"X30")
1  Checco Diego oil on canvas - Doorway Cactus (30X36")
1 E Von oil on canvas -Gathering Harvest (50"X40")

## DINING ROOM/HALLWAY

3 Alexander oil on canvas - (30"X40")
1 Unknown oil on canvas (18"X18")

23X5968.DOCX

# Lodge on the Desert
## Gift Certificate Log-Purchased

| Date Issued | Certificate Description: | By: name) | Claimed by: (full name) | Amount: | Date Redeemed: | Amount Used: | Adjusted | Balance: |
|---|---|---|---|---|---|---|---|---|
| 03/25/08 | Alex & Patrick Happy Easter from Kathy | ra | | $ 100.00 | | | | $ 100.00 |
| 05/01/08 | M/M Roberts Happy anniversary exp 12/31/08 | Lane | | $ 100.00 | Restaurant | | | $ 100.00 |
| 05/07/08 | M Mana Miller Happy MothersDay exp 12/31/09 | Lane | | $ 100.00 | Restaurant | | | $ 100.00 |
| 05/21/08 | thank you Mrs King exp 12/31/09 | Lane | | $ 60.00 | Restaurant | | | $ 60.00 |
| 11/30/08 | ??? | | | $ 100.00 | | | | $ 100.00 |
| 11/30/08 | ??? | | | $ 40.00 | | | | $ 40.00 |
| 02/04/09 | | | | $ 100.00 | | | | $ 100.00 |
| 07/13/09 | gift | ?? | Gould | $ 168.95 | | | | $ 168.95 |
| 05/14/10 | George and Penny | | | $ 50.00 | | | | $ 50.00 |
| 06/19/10 | Gift | Britzius | 678-290-6048 | $ 150.00 | | | | $ 150.00 |
| 08/13/10 | | e | | $ 200.00 | | | | $ 200.00 |
| 10/24/10 | Louie Leos | | | $ 60.00 | | | | $ 60.00 |
| 11/15/10 | Ann, Judy and Don | | | $ 100.00 | | | | $ 100.00 |
| 11/15/10 | Itsy Bid | received | Value??? | $ 180.19 | | | | $ 180.19 |
| 11/30/10 | | McDANIEL | | $ 75.00 | | | | $ 75.00 |
| 12/09/10 | gift | Roybal | | $ 450.00 | | | | $ 450.00 |
| 12/23/10 | gift | ?? | | $ 100.00 | F&Bgift Cert | | | $ 100.00 |
| 01/31/11 | $ | | HS Fundraiser | $ 50.00 | $ 50.00 | | | $ 50.00 |
| 07/20/11 | David & Barbara Webster | Allyson | Kim D'zatko | $ 75.00 | 09/05/11 | | | $ 75.00 |
| 11/01/11 | Unknow lady | Allyson | NA | $ 25.00 | $ 25.00 | | | $ 25.00 |
| 11/29/11 | Margo & Vicky | Allyson | Barb getty | $ 25.00 | $ 25.00 | | | $ 25.00 |
| 11/29/11 | TAE | Allyson | TAE | $ 25.00 | $ 25.00 | | | $ 25.00 |
| 11/30/11 | Howard and Barbarda Day | Allyson | Mary Jones | $ 75.00 | $ 97.50 | | | $ 75.00 |
| 12/12/11 | Barb & Ray 2 night stay | Allyson | Steven Dineen | $ 300.00 | $ 363.50 | 12/31/12 | | $ 300.00 |
| 12/14/11 | | | | $ 60.00 | | | | $ 60.00 |
| 12/20/11 | Dotor Eric Lutz | Allyson | John Lutz | $ 50.00 | $ 65.00 | | | $ 50.00 |
| 12/21/11 | Jeremy Meyers | Allyson | Jeremy Meyers | $ 200.00 | $ 260.00 | 12/15/12 | | $ 200.00 |
| 12/22/11 | PAY $50 GET $65 | | | $ 150.00 | Posted 1/18 | | | $ 150.00 |
| 12/23/11 | PAY $50 GET $65 | | | $ 150.00 | | | | $ 150.00 |
| 12/26/11 | | | | $ 50.00 | 07/27/12 | $ 43.64 | | $ 6.36 |
| 12/28/11 | | | | $ 100.00 | | | | $ 100.00 |
| 12/30/11 | TAE | Allyson | Sally Haslett | $ 100.00 | 04/05/12 | $ 93.28 | | $ 6.72 |
| 06/27/12 | Lorraine & Sargon Samo | Allyson | | $ 150.00 | $ 150.00 | | | $ 150.00 |
| 07/14/12 | MR. RICHARD VINCENT | | | $ 150.00 | 04/06/13 | $ 117.50 | | $ 32.50 |
| 07/17/12 | SUSAN TRENTHAM | | | $ 50.00 | | | | $ 50.00 |
| 07/17/12 | SCOTT POLSTON | | | $ 259.00 | 06/29/13 | $ 180.00 | $ (17.99) | $ 96.99 |
| 07/30/12 | Phillip & Laira Vandewiele | | | $ 75.00 | | | | $ 75.00 |
| 09/11/12 | UNITED WAYS DAYS OF CARING | | | $ 49.00 | | | | $ 49.00 |
| 09/11/12 | UNITED WAYS DAYS OF CARING | | | $ 50.00 | | | | $ 50.00 |
| 09/11/12 | Ronald Newman | | | $ 100.00 | | | | $ 100.00 |
| 12/07/12 | Happy Holidays | | | $ 100.00 | | | | $ 100.00 |
| 12/11/12 | Merry Christmas! Hope you enjoy the room...Have fun, & relaxation. Love, The Ballowe's | | | $ 15.00 | 08/09/14 | $ 30.00 | $ (15.00) | $ - |
| 12/11/12 | Merry Christmas! Hope you enjoy the room...Have fun, & relaxation. Love, The Ballowe's | | | $ 85.00 | | | | $ 85.00 |
| 12/15/12 | Merry Christmas! From, Jane & Frederick | | | $ 100.00 | log says used $130 12/28/12 adj to zero 3/31/14 | $ 100.00 | | $ - |
| 12/15/12 | To Allen & HuntleyMerry Christmas & Happy 2013 - Love, Bob & Pat | Alisha | PATRICIA MCWARD | $ 50.00 | 08/08/14 | $ 65.00 | $ (15.00) | $ - |
| 12/17/12 | DANIELLE LORENTINE | | | $ 50.00 | | | | $ 50.00 |
| 12/21/12 | DAVID LUDWICK | | | $ 50.00 | | | | $ 50.00 |
| 12/21/12 | Generic | | | $ 150.00 | 03/31/13 | $ 65.00 | | $ 50.00 |
| 12/22/12 | Generic | | | $ 50.00 | | | | $ 50.00 |
| 12/22/12 | Generic | | | $ 50.00 | | | | $ 50.00 |
| 02/14/13 | THANK YOU RIC | | | $ 50.00 | 03/04/13 | | | $ 50.00 |
| 03/07/13 | NA | | | $ 60.00 | | | | $ 60.00 |
| 03/19/13 | THANK YOU VERY MUCH NANCY & HAKAN | | | $ 60.00 | | | | $ 60.00 |
| 04/03/13 | DAVID & JULIE NELSEN | GINA | LIBBY RYAN | $ 100.00 | CC - AMEX | 04/01/14 | $100.00 | $ - |
| 06/13/13 | JIMMY DESHAZO | GINA | GINA SCHERZINGER | $ 25.00 | CC - VISA (EMP DISCOUNT HALF OFF | 04/01/14 | $50.00 | $ (25.00) | $ - |
| 06/25/13 | MARY OLSON | CASE | LISA MAXWELL | $ 200.00 | CC - AMEX | 04/21/14 | 199.99 | | $ 0.01 |
| 10/15/13 | GENERIC GIFT CERT FOR $300 | GINA | CARLOS CHAVEZ | $ 300.00 | CC - VISA | | | | $ 300.00 |
| 10/19/13 | Tatiana added to the log | | | $ 100.00 | | | | $ 100.00 |
| 10/24/13 | THANK YOU $150 F&B GIFT CERT | GINA | TAL MILCHAN | $ 150.00 | CC - VISA | 03/01/14 | $135.99 | | $ 14.01 |
| 11/14/13 | HAPPY BIRTHDAY | TABI | MIKE LEON | $ 50.00 | CASH | | | | $ 50.00 |
| 12/05/13 | MERRY CHRISTMAS JENNIFER WITH LOVE FROM DEB | GINA | DEBRA DANCKER | $ 50.00 | | | | $ 50.00 |
| 12/18/13 | WILLIAM BROWN - $100 RESTAURANT GC | GINA | THOMAS REED | $ 100.00 | | 12/26/13 | $85.40 | | $ 14.60 |
| 12/19/13 | PAT DMOCHOWSKI FROM MARIANNE | GINA | MARIANNE HARNEY | $ 75.00 | | | | $ 75.00 |
| 12/23/13 | JOHN & MARY PENROD FROM DICK, JOAN, JEAN AND DAVE | GINA | JOAN GLADSON | $ 75.00 | | 01/20/14 | $68.10 | | $ 6.90 |
| 12/24/2013 | WALT & WYLMA SAMPLE | CASE | STEVE & MARY SAMPLE | $ 75.00 | | 05/01/14 | $75.00 | | $ - |
| 12/26/2013 | JOE & KATHY McKEE | CASE | DANA McKEE | $ 30.00 | | 07/16/14 | $35.00 | ($5.00) | $ - |
| 12/27/2013 | MERRY CHRISTMAS | TABI | STEVEN MACIAS | $ 25.00 | | 01/11/14 | $21.62 | | $ 3.38 |
| 1/30/2014 | JOHN & TONI CONYER - $200 LOGGING GIFT CERT | GINA | BEN CONYER | $ 200.00 | VISA | | | | $ 200.00 |
| 2/14/2014 | JANE NAD NEIL LLEMME - FROM TIM, STEPH, ELLA & HUDSON | | | $ 75.00 | | 05/20/14 | $75.00 | | $ - |
| 3/1/2014 | BETH HUNTER | CASE | CYNTHIA HURLEY | $ 25.00 | | 05/30/14 | $23.78 | | $ 1.22 |
| 3/4/2014 | HAPPY BIRTHDAY LOVE KAY & STEPHEN (JIM BREINING) | GINA | KAY RICHTER | $ 200.00 | | | | | $ 200.00 |
| 3/10/2014 | ERIK & SUSAN WIBERG | GINA | MEREDETH WIBERG | $ 150.00 | | 05/10/14 | $150.00 | | $ - |
| 4/14/2014 | | | | $ 50.00 | | 04/19/14 | $57.50 | ($7.50) | $ - |
| 5/27/2014 | HAPPY ANNIVERSARY MELANIE AND CHRIS. FROM MOM AND DAD | TABI | Janice & Larry Robb | $ 400.00 | | | | | $ 400.00 |
| 5/30/2014 | TO CELEBRATE YOUR WEDDING! WITH LOVE FROM GEOFF &KERRI | TABI | OLDFATHER, GEOFF &KE | $ 150.00 | | 09/23/14 | $150.00 | | $ - |
| 6/20/2014 | THANK YOU FOR BEING GREAT HOSTS FROM DAD & MOM | TABI | RON & KAREN WINGFIEL | $ 150.00 | | 08/15/14 | 138.37 | | $ 11.63 |
| 7/18/2014 | CHAD HORTON | GINA | LAWRENCE MESKILL | $ 100.00 | VISA | 08/05/14 | 61.61 | | $ 38.39 |
| 8/11/2014 | LORI AND JAY ANGUS FROM AUNT NELL & UNCLE JIM | TABI | DONNA M JACOB | $ 50.00 | | | | | $ 50.00 |
| 12/31/2015 | UNKNOWN | | | $ 204.39 | | | | $ 204.39 |
| 1/31/2016 | Happy Everything! With love from Howard, Linda, & Miriam | Jesse | | $ 150.00 | | | | $ 150.00 |
| 3/19/2016 | THANKS FOR ALL YOUR HARD WORK ON SPARKLE - ANN TAYLOR | | | $ 125.00 | | | | $ 125.00 |
| 2/20/816 | To William Knight, From Your Family | Tabi | | $ 100.00 | | | | $ 100.00 |
| 4/16/2016 | To William Knight, From Your Family | Tabi | | $ 250.00 | | | | $ 250.00 |
| 6/1/2016 | Sold June 2016 | | | $ 250.00 | | | | $ 250.00 |

| | | |
|---|---|---|
| Total | $ | 7,270.24 |
| Balance per GL | $ | (7,042.98) |
| Variance | $ | 227.26 |

59

Lodge on the Desert                                                     Outstanding Deals as of:

| GL Number | Deal | Description | Deal Expires | Number Sold Vouchers | Number Redeemed Vouchers | Number Outstanding Vouchers | per voucher Value Gst Paid | per voucher Amt rec'd by REHS from Deal Company | Total Value Gst Paid outstanding (Gross) | Total Amt rec'd from Deal outstanding (Net) | Balance Outstanding per List | Balance per GL | Variance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Groupon 6/22/10 * | $20 for $40 | | | | 217 | $20.00 | $13.00 | $4,340.00 | $2,821.00 | $2,821.00 | | |
| | Groupon 12/16/10* | $20 for $40 | | | | | $20.00 | $13.00 | $0.00 | $0.00 | $0.00 | | |
| | Groupon 8/20/10 * | $ 99 1nt w. brkfst | | | | 6 | $99.00 | $64.35 | $594.00 | $386.10 | $386.10 | | |
| | Groupon 8/20/10 * | $ 140 2nt w. brkfst | | | | 6 | $140.00 | $91.00 | $840.00 | $546.00 | $546.00 | | |
| | Groupon 8/1/12 | $25 for $50 | | 1,131 | 898 | 233 | $25.00 | $16.25 | $5,825.00 | $3,786.25 | $3,786.25 | | |
| | Groupon 9/25/12 | 1 nt | | 108 | 99 | 9 | $95.00 | $68.40 | $855.00 | $615.60 | $615.60 | | |
| | Groupon 9/25/12 | 2 nt | | 36 | 34 | 2 | $225.00 | $162.00 | $450.00 | $324.00 | $324.00 | | |
| | Groupon 9/25/12 | 3 nt | | 17 | 16 | 1 | $325.00 | $234.00 | $325.00 | $234.00 | $234.00 | | |
| | Groupon 1/22/13 | 1 nt | | 76 | 70 | 6 | $109.00 | $81.75 | $654.00 | $490.50 | $490.50 | | |
| | Groupon 1/26/13 | 2 nt w/ $50 | | 94 | 89 | 5 | $245.00 | $183.75 | $1,225.00 | $918.75 | $918.75 | | |
| 11300036 | Subtotal | | * Did not redeem online | | | | | | $15,108.00 | $10,122.20 | $10,122.20 | ($10,122.20) | $0.00 |

3/16/16 - Property has been asked to validate with the contract if unused vouchers have an expiration date.

Lodge on the Desert

Outstanding Deals as of:

| GL Number | Deal | Description | Deal Expires | Number Sold Vouchers | Number Redeemed Vouchers | Number Outstanding Vouchers | per voucher Value Gst Paid | per voucher Amt rec'd by REHS from Deal Company | Total Value Gst Paid outstanding (Gross) | Total Amt rec'd from Deal outstanding (Net) | Balance Outstanding per List | Balance per GL | Variance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Living Social 9/10/13 | 2 nts w/ $50 | | 103 | 93 | 10 | $214.00 | $171.20 | $2,140.00 | $1,712.00 | $1,712.00 | | |
| | Living Social 9/28/12 | Pd $10 for $20 | | 43 | 36 | 7 | $10.00 | $6.30 | $70.00 | $44.10 | $44.10 | | |
| | Living Social 9/28/12 | Pd $20 for $40 | | 66 | 51 | 15 | $20.00 | $12.60 | $300.00 | $189.00 | $189.00 | | |
| | Living Social 9/28/12 | Pd $59 for $128 | | 228 | 203 | 25 | $59.00 | $37.17 | $1,475.00 | $929.25 | $929.25 | | |
| 11300037 | Subtotal | | | | | | | | $3,985.00 | $2,874.35 | $2,874.35 | ($2,874.35) | $0.00 |

$0.00

3/16/16 - Property has been asked to validate with the contract if unused vouchers have an expiration date.

# United States Bankruptcy Court
## District of Arizona

In re    **LODGE PARTNERS, L.L.C**      Case No.    **4:16-bk-13418-BMW**

Debtor(s)      Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Carlin Weidlein Fravel**<br>**2268 Smith Ave SW**<br>**Marietta, GA 30064** | | | |
| **Daniel J. Donahoe III Revocable Trust**<br>**7114 Stetson Dr., Ste 205**<br>**Scottsdale, AZ 85251** | | | **Corporation officer**<br>**ownership percentage RNU** |
| **Daybreak Investments, Inc.**<br>**7114 Stetson Dr., Ste 205**<br>**Scottsdale, AZ 85251** | | | **Corporation officer**<br>**ownership percentage RNU** |
| **Helen Clark Donahoe Irrevocable Trust**<br>**FBO Daniel J Donahoe III**<br>**2517 Highland Circle**<br>**Bethel Park, PA 15102** | | | |
| **John E Rutherford II**<br>**2 Alto Court**<br>**Placitas, NM 87043** | | | **Manager** |
| **Margaret Clark Weidlein**<br>**3 Lullawater Estate Rd NE**<br>**Atlanta, GA 30307** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **December 7, 2016**      Signature    **/s/ John E. Rutherford, II**

                                                            **John E. Rutherford, II**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Arizona

In re    **LODGE PARTNERS, L.L.C**                    Case No.    **4:16-bk-13418-BMW**

Debtor(s)

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **LODGE PARTNERS, L.L.C**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Daybreak Investments, Inc.**
**7114 Stetson Dr., Ste 205**
**Scottsdale, AZ 85251**

☐ None [*Check if applicable*]

| | |
|---|---|
| **December 7, 2016** | **/s/ Michael McGrath** |
| Date | **Michael McGrath 6019** |
| | Signature of Attorney or Litigant |
| | Counsel for    **LODGE PARTNERS, L.L.C** |
| | **Mesch Clark Rothschild** |
| | **259 N. Meyer Avenue** |
| | **Tucson, AZ 85701-1090** |
| | **(520) 624-8886 Fax:(520) 798-1037** |
| | **ecfbk@mcrazlaw.com** |